United States District Court
Southern District of Texas
FILED

FEB 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA and | § | |
| BARRY R. BENTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B-04-033** |
| | § | |
| WANDA L. BINEGAR | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WANDA L. BINEGAR, Defendant in the above entitled and numbered cause, and files this her Notice of Removal of the present cause from the County Court at Law No. 1 of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1.    This cause was commenced in the County Court at Law No. 1 of Cameron County, Texas, on January 26, 2004, when Plaintiffs' Original Petition was filed in Cause Number 20043-CCL-124-A. A copy of Plaintiffs' Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2.    Defendant was served with a copy of the Plaintiffs' Original Petition on January 28, 2004. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3.    This is a civil action for injuries and damages allegedly incurred by Plaintiffs arising out of an automobile accident on January 12, 2004. The vehicle involved in the accident is owned by Plaintiff Barry R. Benton and was being driven by Plaintiff Maria J. Pined at the time of the accident in question. Plaintiffs allege a cause of action against Defendant for negligence.

4.     Plaintiffs allege in Plaintiffs' Original Petition that they are both residents of Cameron County, Texas.  Plaintiffs are therefore citizens of Texas.

5.     Defendant Wanda L. Binegar is an individual residing in Sutherland, Nebraska.  Therefore, Defendant is a citizen of Nebraska.

6.     For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

7.     Defendant would further show the Court that Plaintiffs' Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiffs' pleadings, Plaintiffs are seeking to recover from Defendant damages in excess of $75,000.00.

8.     Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiffs and their counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9.     This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiffs' Original Petition on Defendant and within one year of the initial filing of the lawsuit.

10.     Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the County Court at Law No. 1 of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____

Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Southern District Admissions No. 1918
R. Patrick Rodriguez
State Bar No. 24002861
Southern District Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
WANDA L. BINEGAR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

> Barry R. Benton
> 284 Ebony Avenue
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___ day of February, 2004.

_____

R. Patrick Rodriguez

```
RUN DATE 02/20/04                                                              PAGE: 01
RUN TIME 1:23 PM                                                     2004-CCL-00124-A


MARIA JOSEFINA PINEDA AND BARRY R. BENTON    *  *  *  C L E R K ' S   E N T R I E S  *  *  *

                  VS                         (00003101) HON. BARRY R. BENTON        (01)        01   26   04

        WANDA L. BINEGAR                                      SUIT ON DAMAGES (AUTO)

                                             (00001414) R.PATRICK RODRIGUEZ

                                             01/26/04   ORIGINAL PETITION FILED
                                             01/27/04   CITATION: WANDA L. BINEGAR
                                             01/27/04   SERVED: 01/28/04          FILED: 01/29/04
                                             01/27/04   AS PER LESLIE DEL. CITATION TO
                                                        PCP(EDDIE GONZALEZ)        CR
                                             01/27/04   CITATION P/UP BY PCP (JUANITA)
                                                                                   CR
                                             02/20/04   DEFENDANT'S ORIGINAL ANSWER AND JURY
                                                        DEMAND                     EMA
                                             02/20/04   ORIGINAL ANSWER: WANDA L. BINEGAR
                                             02/20/04   JURY FEE: Pd. by R.PATRICK RODRIGUEZ
```

FILED FOR RECORD
AT 4:15 O'CLOCK P M

JAN 2 6 2004

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ DEPUTY

CAUSE NO. 2004-CCL-124-A

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA AND | * | IN THE COUNTY COURT |
| BARRY R. BENTON | * | |
| | * | AT LAW NO. 1 |
| VS. | * | |
| | * | |
| WANDA L. BINEGAR | * | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, MARIA JOSEFINA PINEDA AND BARRY R.

BENTON, complaining of Defendant, WANDA BINEGAR, and for cause of action

would respectfully show as follows:

1.

Discovery in this suit is intended to be conducted under Level 2 of Rule 109

of the Texas Rules of Civil Procedure.

2.

Plaintiffs are residents of Cameron County, Texas.

3.

Based upon information and belief, Defendant is a resident Sutherland,

Nebraska. Defendant may be served with process at Palmdale RV Resort, 30910

Highway 100, San Benito, Texas, 78586.

4.

On or about January 12, 2004, Plaintiff, Maria J. Pineda, was driving a motor

vehicle owned by Barry R. Benton westbound on the 2500 Block of East Alton

PLAINTIFFS' ORIGINAL PETITION - PAGE 1

Gloor Blvd. when suddenly and unexpectedly Defendant, Wanda L. Binegar, driving a 1999 Saturn, made a u-turn when unsafe, causing Plaintiff Pineda to violently strike Defendant's vehicle. Plaintiff Pineda suffered severe personal injuries and Plaintiff Benton suffered damage to and loss of use of his vehicle.

5.

Defendant was negligent and negligent per se in the following manner:

1.   In failing to maintain a proper look-out; and

2.   In making a u-turn when unsafe.

6.

Defendant's negligence was a proximate cause of Plaintiffs' injuries and damages.

7.

Although not trained in the arts and sciences of healing, as a result of the above described collision, Plaintiff Pineda suffered injuries to her face, neck, back, wrist, chest, legs, ankles and arms.

8.

If Plaintiff Pineda was suffering from any bodily infirmity prior to January 12, 2004, it was neither disabling or painful, but as a result of this accident, and the effect thereof, the injuries have been aggravated and caused to become disabling and painful.

**9.**

As a proximate result of Defendant's negligence, Plaintiff Pineda has suffered great physical pain and mental anguish and will continue to do so in the future.

**10.**

As a further proximate result of Defendant's negligence, Plaintiff Pineda has incurred expenses for medical care and in reasonable probability will continue to incur expenses for such medical care and treatment for herself in the future.

**11.**

As a further proximate result of Defendant's negligence, Plaintiff Pineda has suffered physical impairment in the past and in reasonable probability will suffer physical impairment in the future.

**12.**

As a proximate result of Defendant's negligence, Plaintiff Pineda has suffered a loss of earnings in the past, and will, in reasonable medical probability, suffer a loss of earning capacity in the future.

**13.**

As a proximate result of Defendant's negligence, Plaintiff Berton has suffered damage to his motor vehicle and has lost use of same.

**14.**

Plaintiffs would show that their damages exceed the minimum, jurisdictional limits of this Court.

15.

WHEREFORE, Plaintiffs pray that Defendant be cited to appear and answer,

and that they recover Judgment against Defendant for:

1.    The above-listed compensatory damages;

2.    Pre and post judgment interest;

4.    Costs of Court; and,

5.    Such other and further relief, to which she may show herself justly

entitled.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, TX 78520
Telephone (956) 546-9900
Facsimile (956) 546-9397
State Bar No. 02176500
Cameron County I.D. No. 3101
ATTORNEY-IN-CHARGE FOR,
PLAINTIFF, MARIA J. PINEDA


**COPY**

Citation for Personal Service  - GENERAL _____    Lit. Seq. # 5.003.01
No. 2004-CCL-00124-A

**T H E   S T A T E   O F   T E X A S**

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: WANDA L. BINEGAR

PALMDALE RV RESORT
30910 HIGHWAY 100
SAN BENITO TX 78586

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
HON. BARRY R. BENTON         (Attorney for Plaintiff or Plaintiff), whose address is 284 EBONY AVE. BROWNSVILLE TX  78520 on the 26th day of JANUARY , A.D. 2004, in this case numbered 2004-CCL-00124-A on the docket of said court, and styled,

MARIA JOSEFINA PINEDA AND BARRY R. BENTON
vs.
WANDA L. BINEGAR

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's          ORIGINAL PETITION accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of JANUARY , A.D. 2004.

JOE G. RIVERA        . County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _____ , Deputy
CELIA RODRIGUEZ

**R E T U R N   O F   O F F I C E R**

Came to hand the _____ day of _____, at _____ o'clock ___.M., and executed (not executed) on the _____ day of _____, _____, by delivering to

in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____ .

FEES serving 1 copy

Total....... $_____        Sheriff/Constable _____ County, Texas

Fees paid by: _____        By _____ , Deputy

CAUSE NO. 2004-CCL-124-A

FILED FOR RECORD

AT *L:/5*O'CLOCK___M

FEB 20 2004

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA and | § | IN THE COUNTY COURT |
| BARRY R. BENTON | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| WANDA L. BINEGAR | § | CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WANDA L. BINEGAR, Defendant in the above entitled and numbered cause, and files this her Original Answer and Jury Demand in this cause, and in support thereof would show the Court as follows:

### I.

### GENERAL DENIAL

Defendant Wanda L. Binegar avails herself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiffs' live pleading, and states that these are matters that should be proven by Plaintiffs as required by law; and Defendant would require strict proof thereof.

### II.

### AFFIRMATIVE DEFENSES

2.01    For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, due to the contributory negligence of Plaintiffs in that they failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Plaintiffs'

acts and omissions, whether taken together or separately, proximately caused the injuries and damages to Plaintiffs which are alleged in Plaintiffs' petition.

2.02   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiffs were damaged as alleged, which is not admitted but is expressly denied, such damages were the result of an unavoidable accident.

2.03   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the act or omission of a person other than Defendant was the sole proximate cause of the accident in question.

2.04   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiffs were injured as alleged, which is not admitted but is expressly denied, such injuries were caused or contributed to, in whole or in part, by a party for whom Defendant is not responsible.

2.05   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the acts or omissions of Plaintiffs or other third parties were the sole proximate cause or a new and independent cause of the accident and injuries complained of in this lawsuit.

2.06   For further answer if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to mitigate the effect of the alleged injuries and damages as required by law.

2.07   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the damages in this case, if any, were proximately caused by the negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.08   For further answer, if such be necessary, and pleading in the alternative, Defendant further invokes the provisions of §33.001 of the Texas Civil Practice & Remedies Code. In this case, Defendant alleges that the negligence of Plaintiffs is fifty-one percent (51%) or greater, and therefore, no damages may be recovered from Defendant.

2.09   For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiffs.

### III.

### JURY DEMAND

Defendant hereby requests trial by jury and tenders the jury fee herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant Wanda L. Binegar prays that this Court deny the relief sought by Plaintiffs herein; that Plaintiffs' Original Petition be dismissed in its entirety; that Defendant have judgment thereon, recovering her attorney's fees; and for such other and further relief to which Defendant may show herself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _RPn_____
      Jaime A. Saenz
State Bar No. 17514859
      R. Patrick Rodriguez
State Bar No. 24002861
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
WANDA L. BINEGAR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Original Answer and Jury Demand was served upon all counsel of record, to-wit:

> Barry R. Benton
> 284 Ebony Avenue
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this 20th day of February, 2004.

_____
R. Patrick Rodriguez