**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA JOSEFINA PINEDA AND | * |
| BARRY R. BENTON | * |
| | *   CIVIL ACTION NO. B-04-033 |
| VS. | * |
| | * |
| WANDA L. BINEGAR | * |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Plaintiffs, MARIA JOSEFINA PINEDA and BARRY R. BENTON, and pursuant to this Court's order, identify as entities which may have a financial interest in this litigation as follows:

1.   Maria Josefina Pineda
     2805 Old Spanish Trail
     Brownsville, Texas 78520
     (956) 547-9884
     Plaintiff.

2.   Barry R. Benton
     284 Ebony Ave.
     Brownsville, Texas 78520
     (956) 546-9900
     Counsel for Plaintiff, Maria Josefina Pineda.[1]

3.   Wanda L. Binegar
     40895 W. Sabern Road
     Sutherland, NE 69165
     (308) 386-4383
     Defendant.

---

[1] Mr. Benton is named as a party plaintiff, but has settled his claim against Defendant and her insurance carrier.

4.   Chester Binegar
     40895 W. Sabern Road
     Sutherland, NE 69165
     (308) 386-4383
     Defendant's husband.

5.   Farm Bureau Mutual Insurance Company
     PO Box 693
     515 S. Jeffers
     North Platte, NE 69103
     (308) 534-1757
     Liability carrier for Defendant.

                              Respectfully submitted,

                              Barry R. Benton
                              284 Ebony Avenue
                              Brownsville, Texas  78520
                              Telephone (956) 546-9900
                              Facsimile (956) 546-9997
                              Federal I.D. No. 3968
                              ATTORNEY IN CHARGE FOR
                              PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of March, 2004, the foregoing Plaintiffs' Certificate of Interested Parties was forwarded to counsel of record, to wit:

Mr. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
PO Box 2155
Brownsville, Texas 78522


_____
BARRY R. BENTON