United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA and<br>BARRY R. BENTON | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B- 04-033 |
| WANDA L. BINEGAR | §<br>§ | |

**WANDA L. BINEGAR'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES**

Pursuant to Paragraph 2 of the Order of Conference, Defendant WANDA L. BINEGAR states that to her knowledge, the following persons and entities are financially interested in this litigation:

1. Wanda L. Binegar

2. Farm Bureau Financial Services

3. Barry R. Benton
   Law Offices of Barry R.Benton
   Attorneys for Plaintiffs

4. Maria Josefina Pineda

5. Barry R. Benton

Respectfully submitted

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

By: _____
Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Federal Admissions No. 1918
R. Patrick Rodriguez 24002861
State Bar No. 17146600
Federal Admissions No. 22949

ATTORNEYS FOR DEFENDANT, WANDA L. BINEGAR

## CERTIFICATE OF SERVICE

I hereby certify that on this the __10__ day of March, 2004, a true and correct copy of, Defendant Wanda L. Binegar's Crtificate of Financially Interested Parties was forwarded via U.S. Certified Mail, Return Receipt Requested to all counsel of record as hereinbelow noted:

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Attorney for Plaintiff

_____
Mitchell C. Chaney