5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA AND | * | |
| BARRY R. BENTON | * | |
| | * | CIVIL ACTION NO. B-04-033 |
| VS. | * | |
| | * | |
| WANDA L. BINEGAR | * | |

<u>**INITIAL DISCLOSURES OF PLAINTIFFS**</u>
<u>**MARIA JOSEFINA PINEDA AND BARRY R. BENTON**</u>

COME NOW, Plaintiffs, MARIA JOSEFINA PINEDA and BARRY R. BENTON, pursuant to Rule 26 of the Federal Rules of Civil Procedure and hereby submits their initial disclosures.

**A. RESERVATION OF PRIVILEGES**

The following Rule 26(a)(6) disclosures are submitted subject to and without waving any right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, but not limited to, the attorney/client privilege, the attorney work product privilege, the party communication privilege and the consulting expert privilege.

**B. INCORPORATION OF OTHER RULE 26 DISCLOSURES**

Maria Josefina Pineda and Barry R. Benton incorporate all persons designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues presented by this action or contained in responses to discovery produced or answered by any party.

**C. PERSONS WITH KNOWLEDGE**

The following persons or entities may have discoverable information regarding relevant facts:

1.   Maria Josefina Pineda
     2805 Old Spanish Trail
     Brownsville, Texas 78520
     (956) 547-9884
     Plaintiff.

2.   Barry R. Benton
     284 Ebony Ave.
     Brownsville, Texas 78520
     (956) 546-9900
     Plaintiff and counsel for Plaintiff, Maria J. Pineda.

3.   Wanda L. Binegar
     40895 W. Sabern Road
     Sutherland, NE
     Phone number unknown.
     Defendant.

4.   Chester Binegar
     40895 W. Sabern Road
     Sutherland, NE
     Phone number unknown.
     Defendant's husband who was a passenger in the vehicle at the time of the
     accident.

5.   Sandy Hanson
     Address unknown.
     Phone number unknown.
     Passenger in Defendant's vehicle at the time of the accident.

6.   Officer Julian Ramirez, III, # 4857
     Brownsville Police Department
     600 E. Jackson
     Brownsville, Texas 78520
     (956) 548-7113
     Officer who arrived at the scene of the accident and made a report.

7.    Chris Florence
      State Farm Insurance Company
      PO Box 149203
      Austin, Texas 78714
      (888) 888-2114
      Claim representative who has knowledge of the personal injury claim.

8.    Jill Sugden
      Farm Bureau Mutual Insurance Company
      PO Box 693
      515 South Jeffers
      North Platte, NE 69103
      (308) 534-1757
      Claim representative who has knowledge of the property damage claim.

9.    Ken Brukenhoefer
      State Farm Insurance Company
      PO Box 149203
      Austin, Texas 78729
      (800) 272-8757
      Claim representative who has knowledge of the property damage claim.

10.   Noelia Jimenez
      Brownsville Independent School District/Human Resources Department
      1900 S. Price Road
      Brownsville, Texas 78521
      (956) 548-8000
      Representative who has knowledge of Plaintiff, Maria J. Pineda's lost wages.

11.   Dr. Eduardo Kofman, M.D.
      864 Central Blvd.
      Brownsville, Texas 78520
      (956) 546-0225
      Physician who treated Plaintiff.

12.    William W. Taw, M.D.
       Physician Services
       1113 W. Harrison
       Harlingen, Texas 78551
       (956) 423-3335
       Radiologist who read Plaintiff's MRI films.

13.    Dr. C. Lynn Anderson, M.D.
       Valley Day & Night Clinic
       3302 Boca Chica Blvd., Suite 109
       Brownsville, Texas 78521
       (956) 982-1001
       Physician who examined, treated and took x-rays of Plaintiff for her injuries.

14.    Dr. Sundeep Reddy, M.D.
       394 Military Highway
       Brownsville, Texas 78520
       (956) 544-3226
       Physician who is treating Plaintiff for her injuries.

15.    Chris Kullmer
       Total Rehabilitation Services, Inc.
       1925 Central Blvd.
       Brownsville, Texas 78521
       (956) 542-2845
       Physical therapist who treated Plaintiff for her injuries.

16.    Luis Garcia, M.D.
       Brownsville Medical Center
       1040 W. Jefferson Street
       Brownsville, Texas 78520
       (956) 544-1400
       Pathologist who read Plaintiff's colonic biopsy.

17.    Ana Gutierrez, M.D.
       Physician Services
       1313 Alton Gloor, Suite D
       Brownsville, Texas 78526
       (956) 550-8944
       Pathologist who performed Plaintiff's blood work.

18.    Patrick Rodriguez
       Rodriguez, Colvin, Chaney & Saenz, LLP
       1201 East Van Buren
       PO Box 2155
       Brownsville, Texas 78522
       (956) 542-7441
       Counsel for Defendant.

## D. DOCUMENTS PRODUCED

The following documents and tangible things relevant to the disputed facts in this action that are in the possession, custody, or control of Maria Josefina Pineda and Barry R. Benton.

1.    Enclosed please find copies of medical records and bills pertaining to Plaintiff, Maria J. Pineda's medical treatment.

## E. INSURANCE POLICIES

1.    Enclosed please find a copy of Plaintiff, Barry R. Benton's insurance policy from State Farm Mutual Auto Insurance Company.

## F. ANY TESTIFYING EXPERT

Any testifying expert: (1) the expert's name, address, and telephone number; (2) the subject matter on which the expert will testify; (3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, of if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information; (4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party:(A) all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and (B) the expert's current resume and bibliography.

1.    Dr. C. Lynn Anderson, M.D.
      Valley Day & Night Clinic
      3302 Boca Chica Blvd., Suite 109
      Brownsville, Texas 78521
      (956) 982-1001

2.    The nature, extent, treatment and prognosis of the injuries suffered by Maria Josefina Pineda as a result of the accident.

3.    At this time, Dr. Anderson has not been retained, employed or subject to the control of Plaintiffs.

    A.    Please see copies of medical records from Valley Day & Night Clinic.

    B.    Plaintiff does not possess Dr. C. Lynn Anderson's resume or bibliography.

2.    **Dr. Sundeep Reddy, M.D.**
**394 Military Highway**
**Brownsville, Texas 78520**
**(956) 544-3226**

2.    The nature, extent, treatment and prognosis of the injuries suffered by Maria Josefina Pineda as a result of the accident.

3.    At this time, Dr. Reddy has not been retained, employed or subject to the control of Plaintiffs.

    C.    Plaintiff is in the process of obtaining medical records from Dr. Reddy and will supplement same upon receipt.

    D.    Plaintiff does not possess Dr. Sundeep Reddy's resume or bibliography.

Respectfully submitted,

Barry R. Benton
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the *17th* day of March, 2004, the foregoing Initial Disclosures of Plaintiffs Maria Josefina Pineda and Barry R. Benton have been forwarded via certified mail, return receipt requested to counsel of record, to wit:

Mr. Patrick Rodriguez        *Via CMRRR 7002 3150 0002 0962 0544*
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 East Van Buren
PO Box 2155
Brownsville, Texas 78522

BARRY R. BENTON

TEXAS LIABILITY INSURANCE CARD    This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

Insurance Company

State Farm Mutual Automobile Insurance Company

TEXAS REGIONAL OFFICE PHONE # 1-800-252-7645

Agent or Producer    8391-116
KAY CONLY
PHONE#  (956)542-6222

Policy Number 401 5876-F16-53P
        SFPP 0001885125

Renewal Effective Date    Renewal Expiration Date
    JUN 16 2003        to        DEC 16 2003

Coverages
VEH 1    A B2 D1-100 D2-500 H120 R35 C 565A

Vehicle - Year, Make, Model of Covered Vehicle, VIN
    1    1997 CADILLAC  DEVILLE
        1G6KE52YXVU218966

Insured    BENTON, BARRY
        264 EBONY AVE
        BROWNSVILLE TX 78520-8014

Drivers:    BARRY

(o1b031mc)        NEITHER CASH NOR INSURED IS VALID WITHOUT VEHICLE OR POSSESSION.

MUTL  VOL

01325AM02001



# *Valley Day & Night Clinic*

3302 BOCA CHICA # 109
BROWNSVILLE, TX 78521
PHONE: (956) 982-1001
FAX: (956) 982-1938

CHART #: _0401169_  X - RAY #: _03 6117_

NAME: _Pineda    Maria_  D. O. B.: _5_ / _15_ / _57_

AGE: _46_  SEX : (F) / M  DOS _1_ / _12_ / _04_

TYPE OF SERVICE: _CXR / (L) shoulder    C-Spine_

CHIEF COMPLAINT: _MVA_

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CLINICAL PHYSICIAN'S REPORT**

_C - spasm    lica    shthm, ...._
_Fever    due to myoclonus.    ⊕ sm_
_x Re    ...._
_Nml C-Spine / Muscl spasm / Nml shoulder_

**RADIOLOGIST REPORT**

DR'S SIGNATURE: _____

## Valley Day & Night Clinic
### PATIENT INFORMATION
Please Print

Last Name : **Pineda**   First : **Maria**   M.I. : **J**

Address : **2805 Old Spanish Trl.**   City : **Brownsville**   State : **TX**

Zip Code : **78520**   Date of Birth : **5/15/57**   Age : **46**   Home Phone # **(956) 547-9884**

Patients Social Security # **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**   Sex : [ ] Male  [✓] Female

Martial Status  [ ] Married  [ ] Single  [✓] Divorced  [ ] Widow

Employer : **Brownsville ISD**   Occupation : **Lead Teacher**   Work # **548-8134**

Name of relative or friend not living with you : **Barry Benton**   Phone # **546-9900**

**IF PATIENT IS A MINOR, GIVE PARENTS INFORMATION.  IF PATIENT IS MARRIED GIVE SPOUSE INFORMATION**

Last Name : _____   First : _____   M.I. : _____

Address : _____   City : _____   State : _____

Zip Code : _____   Date of Birth : _____   Age : _____   Home Phone # _____

Social Security # _____   Employer : _____   Phone # _____

### INSURANCE INFORMATION

Insurance Name : _____   Insurance Mailing Address : _____

Policy # _____   Group # _____   ▪▪▪▪▪ : _____   ▪▪▪▪▪ : _____

▪▪▪▪▪ : _____   ▪▪▪▪▪ : _____   ▪▪▪▪▪ : _____

### AUTHORIZATION

I understand and agree that all services rendered to me are charged directly to my medical insurance company.  Any amounts not covered by my insurance I understand I will be personally responsible for payment at the time of service.  Unless this is a work related injury, pending resolution from the Workers Compensation Insurance Company, or a requesting physical by presumed employer.

Signature **Maria J. Pineda**   Date **1/12/04**

I authorize Valley Day & Night Clinic under the direction of its Medical Physicians and Staff to render care as is medically necessary.  This also includes care rendered by Physician Assistant, Medical Assistant or a Nurse Practitioner.

Signature **Maria J. Pineda**   Date **1/12/04**

I authorize Valley Day & Night Clinic to obtain and release Medical Records if necessary in order to properly diagnose & treat.

Signature **Maria J. Pineda**   Date **1/12/04**

I authorize Valley Day & Night Clinic to release Medical Records if necessary to my insurance company should they request it for processing of my medical claim.  And that payment be made direct to Dr. C. Lynn Anderson Valley Day & Night Clinic.

Signature **Maria J. Pineda**   Date **1/**

CONFIDENTIAL
For Authorized Personnel Only



# Valley Day & Night Clinic

3302 BOCA CHICA # 109
BROWNSVILLE, TX 78521
PHONE: (956) 982-1001
FAX: (956) 982-1938

**CHART #:** _0401169_            **X - RAY #:** _0 3 6117_

**NAME:** _Pineda     Maria_       **D. O. B.:** _5_ / _15_ / _57_

**AGE:** _46_    **SEX :** (F) / M    **DOS** _1_ / _12_ / _04_

**TYPE OF SERVICE:** _CxR / (L) shoulder     C-Spine_

**CHIEF COMPLAINT:** _MVA_

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CLINICAL PHYSICIAN'S REPORT**

_C - spine     linea stable_

_Frontal     due to myospasms.     sin_

_Rx     _

**RADIOLOGIST REPORT**

**DR'S SIGNATURE:**

**CONFIDENTIAL**
For Authorized Personnel Only

Elm 42Am

## VALLEY DAY & NIGHT CLINIC

☐Medicaid ☐Medicare ☐Insurance ☐Val-u-care ☐Cash          # 42 (AM/PM)

**Patient's Name:** Pineda Maria

**Chart #:** 0401169

**Time In:** 10:59

**Date of Service:** 01-14-04    **Date of Birth:** 5-15-57    **Age:** 46y

### Medical Evaluation

WT: 115  HT: 62  Pulse: 72/74  Temp: 97.6  B/P: 114/60  LMP 11/5/2004  Time in Room

**Chief Complaint:** 46 y/o fpt in for 2nd visit, Pt states she was here on 1/2/2004 She was in MV accident pt states med arent strong enough, Pt c/o pain chest, shoulder, neck & back.

F ☐ NF ☑ MA's Initials ___ ARMS

**Allergies** ☒No ☐ Yes

**Medications:** Zanaflex

**Past Medical History:** (L) kid surgery, Neuroblastoma renal kinstoma, Surenta face

**Family History:** None

**Social History:** None

**ROS:**

| SKIN: ☑ Normal ☐ Abnormal | HEENT: |
|---|---|

| Respiratory: ☑ Normal ☐ Abnormal   CTAB | Cardiovascular: ☑ Normal ☐ Abnormal   RRR ø m/r/b |
|---|---|

| Abdominal: | Extremities:   NROM |
|---|---|

**Impression:** P MVA   BACK PAIN   SHOULDER PAIN

**Test & X-rays:**
CBC ___ BMP ___ Hepat ___ Lipid ___ U/A ___ HCG ___ EKG ___
Strep ___ Tympanogram ___ H-pylori ___ FBS/RBS ___ HgbA1c ___ Send Out Lab ___
X-rays ___

**Plan**

CONFIDE...AL
For Authorized P...

**Med's Given** ULTRACET , IBU ZANAFLEX

**Sample's Given**

Allergy testing referral ☐YES ☐NO

**Physicians Signature:** PICAZO

**Time out:**

*Private*

## VALLEY DAY & NIGHT CLINIC

☐ Medicaid ☐ Medicare ☐ Insurance ☐ Val-u-care ☐ Cash    #  5C  AM/PM

| Patient's Name: Pineda, Maria | Chart #: 0401168 | Time In: 9:54 |
|---|---|---|
| Date of Service: 1-12-04 | Date of Birth: 5-15-57 | Age: 46 |

### Medical Evaluation

WT: 116  HT: 62"  Pulse: 99/81  Temp: 97.7  B/P: 120/72  LMP 1-5-04  Time in Room 10:30a

**Chief Complaint:** 46 y/o ♀ pt. c/o bruising to ⓛ breast area, chest pain, neck, back pain, pain to shoulders, nausea + pain to ⓡ side if jaw. Pt. states she was in a car accident this morning where her car was hit on ⓡ side. Pt. states she also feels ___ ☐F ☐NF ☐MA's Initials ___ XT

**Allergies** ☑ No ☐ Yes  **Medications:** tingling to ⓛ leg down to ⓛ foot. Pt. states
None

**Past Medical History:** ⓛ Knee Surgery (3 yrs ago.) / Neuroblastoma (82) (turned out to be renal hematoma) afraid of internal bleeding

**Family History:** TMJ over 23 screws in face (1998)

**Social History:** None,

**ROS:**

| SKIN: ☑ Normal ☐ Abnormal | HEENT: |
|---|---|
| Respiratory: ☑ Normal ☐ Abnormal | Cardiovascular: ☑ Normal ☐ Abnormal |
| Abdominal: Soft | Extremities: |

**Impression:** 1) C-Spine strd  2) chest pain  3) shoulder pain.

**Test & X-rays:**
CBC ___ BMP ___ Hepat ___ Lipid ___ U/A ___ HCG ___ EKG ___
Strep ___ Tympanogram ___ H-pylori ___ FBS/RBS ___ HgbA1c ___ Send Out Lab ___
X-rays  CXR IV ⓡ Shoulder  c-Spine  0306117

**Plan**
1) Toradol IM = 1 ē 70
2) Vioxx 50mg x d ē 70

**Med's Given**

**Sample's Given**  Allergy testing referral ☐YES ☐NO

**Physicians Signature:**   Time out: 11:47A

CONFIDENTIAL Authorized Personnel Only



*Valley Day & Night Clinic*    *C. Lynn Anderson, Jr., M.D.*

## HEALTH HISTORY
### (Confidential)

Name _____    Today's date _____

Age _____    Birthdate _____    Date of last physical examination _____

What is your reason for visit? _____

---

### SYMPTOMS  Check (√) symptoms you currently have or have had in the past year.

#### GENERAL
- [ ] Chills
- [ ] Depression
- [ ] Dizziness
- [ ] Fainting
- [ ] Fever
- [ ] Forgetfulness
- [ ] Headache
- [ ] Loss of sleep
- [ ] Loss of weight
- [ ] Nervousness
- [ ] Numbness
- [ ] Sweats

#### MUSCLE/JOINT/BONE
Pain, weakness, numbness in:
- [ ] Arms      [ ] Hips
- [ ] Back      [ ] Legs
- [ ] Feet      [ ] Neck
- [ ] Hands    [ ] Shoulders

#### GENITO-URINARY
- [ ] Blood in urine
- [ ] Frequent urination
- [ ] Lack of bladder control
- [ ] Painful urination

#### GASTROINTESTINAL
- [ ] Appetite poor
- [ ] Bloating
- [ ] Bowel changes
- [ ] Constipation
- [ ] Diarrhea
- [ ] Excessive hunger
- [ ] Excessive thirst
- [ ] Gas
- [ ] Hemorrhoids
- [ ] Indigestion
- [ ] Nausea
- [ ] Rectal bleeding
- [ ] Stomach pain
- [ ] Vomiting
- [ ] Vomiting blood

#### CARDIOVASCULAR
- [ ] Chest pain
- [ ] High blood pressure
- [ ] Irregular heart beat
- [ ] Low blood pressure
- [ ] Poor circulation
- [ ] Rapid heart beat
- [ ] Swelling of ankles
- [ ] Varicose veins

#### EYE, EAR, NOSE, THROAT
- [ ] Bleeding gums
- [ ] Blurred vision
- [ ] Crossed eyes
- [ ] Difficulty swallowing
- [ ] Double vision
- [ ] Earache
- [ ] Ear discharge
- [ ] Hay fever
- [ ] Hoarseness
- [ ] Loss of hearing
- [ ] Nosebleeds
- [ ] Persistent cough
- [ ] Ringing in ears
- [ ] Sinus problems
- [ ] Vision - Flashes
- [ ] Vision - Halos

#### SKIN
- [ ] Bruise easily
- [ ] Hives
- [ ] Itching
- [ ] Change in moles
- [ ] Rash
- [ ] Scars
- [ ] Sore that won't heal

#### MEN Only
- [ ] Breast lump
- [ ] Erection difficulties
- [ ] Lump in testicles
- [ ] Penis discharge
- [ ] Sore on penis
- [ ] Other

#### WOMEN Only
- [ ] Abnormal Pap Smear
- [ ] Bleeding between periods
- [ ] Breast lump
- [ ] Extreme menstrual pain
- [ ] Hot flashes
- [ ] Nipple discharge
- [ ] Painful intercourse
- [ ] Vaginal discharge
- [ ] Other

Date of last
menstrual period _____
Date of last
Pap Smear _____
Have you had
a mammogram? _____
Are you pregnant? _____
Number of children _____

---

### CONDITIONS  Check (√) conditions you have or had in the past.

- [ ] AIDS
- [ ] Alcoholism
- [ ] Anemia
- [ ] Anorexia
- [ ] Appendicitis
- [ ] Arthritis
- [ ] Asthma
- [ ] Bleeding disorders
- [ ] Breast Lump
- [ ] Bronchitis
- [ ] Bulimia
- [ ] Cancer
- [ ] Cataracts

- [ ] Chemical Dependency
- [ ] Chicken Pox
- [ ] Diabetes
- [ ] Emphysema
- [ ] Epilepsy
- [ ] Glaucoma
- [ ] Goiter
- [ ] Gonorrea
- [ ] Gout
- [ ] Heart Disease
- [ ] Hepatitis
- [ ] Hernia
- [ ] Herpes

- [ ] High Cholesterol
- [ ] HIV Positive
- [ ] Kidney Disease
- [ ] Liver Disease
- [ ] Measles
- [ ] Migraine Headaches
- [ ] Miscarriage
- [ ] Mononucleosis
- [ ] Multiple Sclerosis
- [ ] Mumps
- [ ] Pacemaker
- [ ] Pneumonia
- [ ] Polio

- [ ] Prostate Problem
- [ ] Psychiatric Care
- [ ] Rheumatic Fever
- [ ] Scarlet Fever
- [ ] Stroke
- [ ] Suicide Attempt
- [ ] Thyroid Problems
- [ ] Tonsillitis
- [ ] Tuberculosis
- [ ] Typhoid Fever
- [ ] Vaginal Infections
- [ ] Venereal Disease

CONFIDENTIAL
For Authorized
Personnel Only

---

| MEDICATIONS List medications you are currently taking | ALLERGIES To medications or substances |
|---|---|
| N/A | NONE |

(All information is strictly confidential)

## FAMILY HISTORY Fill in health information about your family.

| Relation | Age | State of Health | Age at Death | Cause of Death | Check (√) if, your blood relatives had any of the following: Disease | Relationship to you |
|---|---|---|---|---|---|---|
| Father | | | | | Arthritis, Gout | |
| Mother | | | | | Asthma, Hay Fever | |
| Brothers | | | | | Cancer | |
| | | | | | Chemical Dependency | |
| | | | | | Diabetes | |
| | | | | | Heart Disease , Strokes | |
| | | | | | High Blood Pressure | |
| Sisters | | | | | Kidney Disease | |
| | | | | | Tuberculosis | |
| | | | | | Other | |

## HOSPITALIZATIONS

| Year | Hospital | Reason for Hospitalization and Outcome |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### PREGNANCY HISTORY

| Year of Birth | Sex of Birth | Complications if any |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### HEALTH HABITS
Check (√) which substances you use and describe how much you use.

| | |
|---|---|
| Caffeine | |
| Tobacco | |
| Drugs | |
| Other | |

**Have you ever had a blood transfusion?**   ☐ Yes  ☐ No

If yes, please give approximate dates.

## SERIOUS ILLNESS/INJURIES

| | DATE | OUTCOME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### OCCUPATIONAL CONCERNS
Check (√) if your work exposes you to the following:

| | |
|---|---|
| Stress | |
| Hazardous Substances | |
| Heavy Lifting | |
| Other | |

Your occupation:

**CONFIDENTIAL**
For Authorized Personnel Only

I certify that the above information is correct to the best of my knowledge. I will not hold my doctor or any members of his/her staff responsible for any errors or omissions that I may have made in the completion of this form.

_Marie J. Pineda_
Signature

1/12/04
Date

BROWNSVILLE MEDICAL CENTER
1040 WEST JEFFERSON STREET
BROWNSVILLE, TEXAS 78520

PATIENT:               PINEDA, MARIA
NUMBER:                000071594
PHYSICIAN:             EDUARDO KOFMAN, M.D.
DATE OF CONSULT:
ROOM #:                1264
AGE:
SEX:                   F
REFERRING PHYSICIAN:   SUNDEEP REDDY, MD

## CONSULTATION REPORT

**REASON FOR CONSULTATION:**
Bright red blood per rectum.

**HISTORY OF PRESENT ILLNESS:**
Thank you Dr. Reddy for allowing me to participate in the care of your patient. She is a 45-year-old lady with recent medical history significant for a motor vehicle accident on January 12 which gave her some pain in the area of the seatbelt and also some discomfort secondary to the explosion of the air bag. Because of that motor vehicle accident she was seen by the Day and Night clinic who prescribed her some Ibuprofen, but she was overdoing four tablets q.4h. still without relief of the pain for what she was seen again and was switched to Vioxx 50 mg q.d. On Sunday, she developed bright red blood per rectum times two without any further episodes on Monday or Tuesday. I am now being consulted to further address the issue of the GI bleeding.

**PAST MEDICAL HISTORY:**
The patient has rectal bleeding many years ago requiring a colonoscopy. She does not recall the exact diagnosis at that time.

**PAST SURGICAL HISTORY:**
Two cesarean section, jaw surgery secondary to malfunction of TMJ. She has been evaluated by Dr. Guajardo for an adrenal mass, but no surgery was required.

**ALLERGIES:**
NO KNOWN ALLERGIES.

**MEDICATIONS:**
As mentioned above, Ibuprofen, Vioxx, Ultracet and Zanaflex.

**FAMILY HISTORY:**
Father with colon cancer at the age of 77. Twin sister with salivary gland tumor (mucoepidermoid tumor).

**SOCIAL HISTORY:**
She denies smoking or drinking. She is a single parent.

BROWNSVILLE MEDICAL CENTER

PATIENT:        PINEDA, MARIA
NUMBER:         000071594

PHYSICIAN:      EDUARDO KOFMAN, M.D.

CONSULTATION REPORT/CONT.  PAGE 2


PHYSICAL EXAMINATION:
GENERAL:  This is a thin lady in no acute distress.  She is alert, oriented and cooperative.  She is well-nourished and well-developed.
VITAL SIGNS:  Temperature 98.2, respiratory rate 18, pulse 64, blood pressure 100/61.
HEAD, EYES, EARS, NOSE AND THROAT:  Grossly unremarkable.
NECK:  Supple.
LUNGS:  Clear to auscultation.
HEART:  Regular rate and rhythm with 1/6 systolic murmur and a click compatible with mitral valve prolapse.
ABDOMEN:  Soft, benign, nontender, no hepatosplenomegaly and no masses palpated.  It is noted that yesterday she had epigastric pain as per report of Dr. Reddy.
EXTREMITIES:  No edema, cyanosis or clubbing.
NEUROLOGICAL:  Alert, oriented and nonfocal.

LABORATORY DATA:
Noted.

IMPRESSION:
Rectal bleeding most probably colonic in nature.  Epigastric pain most probably due to the use of nonsteroidal anti-inflammatory drugs.

RECOMMENDATIONS:
Will schedule this lady for a colonoscopy.  If this is inconclusive will consider to perform an upper endoscopy.  In the meantime, will continue ~~Prothrombin time~~ proton pump inhibitors and monitor the H&H.


7086
D: 01/20/2004 16:10:29
T: 01/20/2004 17:28:48
TR: MEDQ


EDUARDO KOFMAN, M.D.


CONSULTATION REPORT
Page 2 of 2

# Brownsville Medical Center
## EGD Procedure Report

| | | | |
|---|---|---|---|
| **Patient:** | Ms. Maria Pineda | **Attending Physician:** | Eduardo Kofman M.D. |
| **Patient ID:** | 468136318 | **Referring Physician:** | Sundeep Reddy M.D. |
| **Exam Date:** | 01/22/2004  **Time:** 11:13:32 | **Patient DOB:**  04/07/1958 | |

**INTRODUCTION:**
45 year old female patient presents for an inpatient EGD. The indications for the procedure were gastrointestinal bleeding, use of NSAIDs and possible Crohn's.

**CONSENT:**
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained.

**PREPARATION:**
EKG, pulse and blood pressure monitored.

**MEDICATIONS:**
Given by Dr. Randolfo Castillo.

**PROCEDURE:**
The endoscope was passed without difficulty under direct visualization to the 2nd portion of the duodenum. Retroflexion was performed.

**FINDINGS:**
HYPOPHARYNX: The hypopharynx appeared normal.
ESOPHAGUS: The esophagus appeared normal.
GE-JUNCTION: The gastroesophageal junction appeared normal.
STOMACH: The stomach appeared normal.
PYLORUS: The pylorus appeared normal.
DUODENUM: The duodenum appeared normal.

**COMPLICATIONS:**
There were no complications associated with the procedure.

**IMPRESSION:**
1. Normal EGD 45.13*

**PROCEDURE CODES:**
43235: ESOPHAGOGASTRODUODENOSCOPY.


Eduardo Kofman M.D.

# Brownsville Medical Center
## Colonoscopy Procedure Report

| | | | |
|---|---|---|---|
| **Patient:** | Ms. Maria Pineda | **Attending Physician:** | Eduardo Kofman M.D. |
| **Patient ID:** | 468136318 | **Referring Physician:** | Sundeep Reddy M.D. |
| **Exam Date:** | 01/21/2004     **Time:** 09:38:47 | **Patient DOB:** | 04/07/1958 |

**INTRODUCTION:**
45 year old female patient presents for an inpatient colonoscopy. The indication for the procedure was hematochezia.

**CONSENT:**
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained.

**PREPARATION:**
EKG, pulse and blood pressure monitored.

**MEDICATIONS:**
Given by Dr. Randolfo Castillo.

**PROCEDURE:**
Rectal exam: Normal.
The endoscope was passed without difficulty under direct visualization by manual insertion to the cecum confirmed by transillumination, appendiceal orifice, cecal strap (crow's foot), ileocecal valve and RLQ palpation. The endoscope was then removed with careful inspection of the entire mucosa. Retroflexion was performed at the level of the rectum. The quality of the preparation was good. The examination was limited due to poor preparation.

**FINDINGS:** There was segmental involvement found in the descending colon 50 cm to 30 cm from the anus. The mucosa of the colon was edematous, erythematous, friable and granular. A few linear ulcers were seen. Multiple biopsies, throughout the colon obtained. External hemorrhoids were present.

**COMPLICATIONS:**
There were no complications associated with the procedure.

**IMPRESSION:**
1. External hemorrhoids were present. 455.3
2. Probable Crohn's colitis. 555.1.

**PROCEDURE CODES:**
45380: COLONOSCOPY TO CECUM AND BIOPSY.

**RECOMMENDATION:**
- Follow-up on the results of biopsy specimens.
- Begin taking the following medications:
- - Metronidazole (Flagyl)500 mg IV tid
- schedule esophagogastroduodenoscopy (EGD).
- Laboratory studies ordered: IBD panel, ESR, small bowel follow-through.

Eduardo Kofman M.D.

**BROWNSVILLE MEDICAL CENTER**
1040 WEST JEFFERSON STREET
BROWNSVILLE, TEXAS 78520

SPECIMEN DATE: 01/21/2004

PATIENT  PINEDA, MARIA              DOB: 04/07/1958         HOSPITAL #: 4249900
SURGEON  EDUARDO KOFMAN, M.D.       ROOM #: 1264 A          MR #: 000071594
ADMITTING PHYSICIAN:  SUNDEEP REDDY, MD                     PATHOLOGY #: S 04-283

**MICROSCOPIC DESCRIPTION:    01/22/2004**
Microscopic examination of the colonic biopsy from the cecal and ascending colon studied in one slide reveals several portions of colonic mucosa with benign characteristics. One of the fragments of tissue shows evidence of mild acute colitis characterized by lymphocytes involving some of the crypts. Mild chronic inflammatory changes are also present in which the crypts appear decreased in number and some of them appear short. The rest of the fragments of tissue appear normal.

Microscopic examination of the biopsy from the hepatic flexure and transverse area studied in slide labeled "B" reveals several portions of colonic mucosa with benign characteristics and with no significant histologic abnormality.

Microscopic examination of the biopsies at 45 cm studied in one slide reveals portions of colonic mucosa with benign characteristics and with foci of mild acute colitis which is characterized by edema of the lamina propria associated with acute inflammation. The crypts appear normal but they are decreased in number, unequivocal evidence of ischemia is not seen.

Microscopic examination of the sigmoid colon biopsies studied in one slide reveals portions of colonic mucosa with benign characteristics and with no significant histologic abnormalities.

DIAGNOSIS:
Cecum and ascending colon biopsies --
FOCAL MILD ACUTE AND CHRONIC COLITIS.

Colonic biopsies from hepatic angle and proximal transverse --
NO PATHOLOGIC DIAGNOSIS.

Colonic biopsies at 45 cm --
FOCAL MILD ACUTE COLITIS.

Sigmoid colon biopsies --
NO PATHOLOGIC DIAGNOSIS.

LUIS GARCIA, M.D.

DATE:  01/22/2004 10:05:29:medq

CPT:      88305 x 4
JOB: 7777

**PATHOLOGY REPORT**

DC-IP

## BROWNSVILLE MEDICAL CENTER
## RADIOLOGY DEPARTMENT

PATIENT NAME:  PINEDA, MARIA                    ORDER #:   724862
DOB:   04/07/1958                               PT#:       4249900
SS#:    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                             MR#:        000071594
DATE OF EXAM: 01/21/2004                        IMAGE#:

IMAGING NUMBER:   250500

ROOM NUMBER:   2T 1264A

ORDERING PHYSICIAN:   Eduardo Kofman, M.D.

EXAMINATION TYPE:   SMALL BOWEL SERIES.

HISTORY:   ABDOMINAL PAIN, GI BLEED.

A frontal projection of the abdomen was obtained as a scout image for the small bowel series study. A nonspecific bowel gas pattern is seen.

Small bowel series was performed. There is no obstruction to the anterior passage of barium from the mouth through the cecum. The mucosal fold pattern of the jejunum and ilium are unremarkable. No separation of bowel loops are seen in the terminal ileum area.

IMPRESSION
1.   Unremarkable small bowel series study.


7891
D:  01/22/2004 11:55:52
T:  01/22/2004 19:12:27
WWT/AY

_____
WILLIAM W. TAW, M.D.

## RADIOLOGY REPORT
## Page 1 of 1

Maria Pineda
DOB: 4-7-58

1-20-04 Consult
1-21-04 Colonoscopy & Bx.     } Copy sent to RMD (Kelly)
1-22-04 EGS

JAN 2 9 2004
    Wt: 110    BP: $\frac{100}{70}$

   Asymptomatic

Meds
Flagyl    500mg TID
Ultracet    QID
Zanaflex    Ths

A~0 2

Imp: Non-specific acute colitis - ? late chem.

Rec: Con't Abx to finish 10 d.
    RTO 2-3 mo for repeat col.

**PROGRESS NOTE**

**P.T.** _[signature]_

**PATIENT:** _Theofilia - Mahan_

**SSN #** 444139513   **DATE:** M T W (F) 2/27/04

**Diagnosis:**
**SUBJECTIVE:** Patient is: / Improving / Same / Worsening   Patient's Pain Level: 0 1 2 3 4 5 6 7 8 9 10
**COMMENTS:**

**OBJECTIVE:** Refer to FLOW SHEET for details of treatments.

97110 - Therapeutic Exercises done individually under direct patient contact. ____ Min
97112 - Neuromuscular Reeducation under direct 1:1 patient contact ____ Min
97113 - Aquatic Therapy done individually under direct patient contact ____ Min
116 - Gait Training performed individually under direct patient contact ____ Min
7124 - Massage performed individually under direct patient contact ____ Min
97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact ____ Min
97150 - Group Therapeutic Procedures under direct supervision. ____ Min
97520 - Prosthetic Trng was done individually under direct patient contact ____ Min
97530 - Functional Activities done under direct 1:1 patient contact ____ Min
97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact ____ Min
97542 - Wheelchair mgmt/propulsion training, under direct patient contact ____ Min
97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt. ____ Min

**MODALITIES:** 97010 Moist Heat/Cold ____ Min   97012 Mechanical Traction ____ Min.
97014 (MC - G0283) E-Stim-Unattended ____ Min   97018 Paraffin Bath ____ Min
97022 Whirlpool ____ Min   97032 E-stim (1:1 w/Pt) ____ Min   97033 Iontophoresis & ____ Min
99070 Supplies   97035 Ultrasound ____ Min   97139 Phonophoresis & 99070 Supplies

8 _____ Yes:
AL ____ Min   Re-Eval ____ Min   FCE ____ Min   Hr ____ (Refer to Eval for details)

**CLINICAL FINDING:**

| |
|---|

**ASSESSMENT**
____ Patient tolerating treatment w/o complaints and/or complications.
____ Patient is progressing towards goals.
____ Patient with difficulty/problems:

____ Changes in goals:
____ All goals are met.

**TREATMENT PLAN**
____ Continue plan as written.
____ Increase wts/reps/ex's as patient tolerates.
____ Changes in POC:

____ Note to MD - Await further orders.
____ Discharge patient from program.
____ Communication with patient/family/caregiver.
**COMMENTS:** _Unable to reach via phone_

Medicare Pt. Checked ABN Yes Box: ____ Yes ____ No ____ N/A
Medicare Pt signed Flow Sheet for treatment? ____ Yes ____ No
Pt failed to show for scheduled appointment
Pt cancelled appointment secondary to: ____

Therapist's Signature _[signature] Bill Westenbarger LPTA_

____ Supervised by Lisa Spanihel, P.T.
____ Supervised by Chris Kullmer, P.T.

# PROGRESS NOTE

**P.T.**

PATIENT: _Llinda, Maria J._   SSN # 447139513   DATE: M T (W) T F 2/05/04

Diagnosis: _____

SUBJECTIVE: Patient is: Improving / Same / Worsening   Patient's Pain Level: 0 1 2 3 4 5 6 7 8 9 10

COMMENTS: _____

## OBJECTIVE:   *Refer to FLOW SHEET for details of treatments.*

| | ASSESSMENT |
|---|---|
| 97110 - Therapeutic Exercises done individually under direct patient contact. ____ Min | — Patient tolerating treatment w/o complaints and/or complications. |
| 97112 - Neuromuscular Reeducation under direct 1:1 patient contact. ____ Min | — Patient is progressing towards goals. |
| 97113 - Aquatic Therapy done individually under direct patient contact. ____ Min | — Patient with difficulty/problems: |
| 118 - Gait Training performed individually under direct patient contact. ____ Min | |
| 97124 - Massage performed individually under direct patient contact. ____ Min | |
| 97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact. ____ Min | — Changes in goals: |
| 97160 - Group Therapeutic Procedures under direct supervision. ____ Min | — All goals are met. |
| 97520 - Prosthetic Tng was done individually under direct patient contact. ____ Min | |
| 97530 - Functional Activities done under direct 1:1 patient contact. ____ Min | **TREATMENT PLAN** |
| 97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact. ____ Min | — Continue plan as written. |
| 97542 - Wheelchair mgmt/propulsion training, under direct patient contact. ____ Min | — Increase wts/reps/ex's as patient tolerates. |
| 97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt. ____ Min. | — Changes in POC: |

**MODALITIES:** 97010 Moist Heat/Cold ____ Min   97012 Mechanical Traction ____ Min

97014 (MC - G0283) E-Stim-Unattended ____ Min   97018 Paraffin Bath ____ Min

97022 Whirlpool ____ Min   97032 E-stim (1:1 w/Pt) ____ Min   97033 Iontophoresis &

99070 Supplies   97035 Ultrasound ____ Min   97139 Phonophoresis & 99070 Supplies

$._____:_____ ____

'AL ____ Min   Re-Eval ____ Min   FCE ____ Hr   (Refer to Eval for details)

CLINICAL FINDING: _____

— Note to MD - Await further orders.

— Discharge patient from program.

✓ Pt failed to show for scheduled appointment

— Pt cancelled appointment secondary to: ____

Medicare Pt Checked ABN Yes Box: ____ Yes ____ No ____ N/A

Medicare Pt signed Flow Sheet for treatment? ____ Yes ____ No

— Communication with patient/family/caregiver.

COMMENTS: _Unable to reach   pt via_

_phone_

Therapist's Signature _____

— Supervised by Lisa Spanihel, P.T.

— Supervised by Chris Kullmer, P.T.

# PROGRESS NOTE

**P.T.**

PATIENT:

Patient is: **Improving** / Same / Worsening

SSN # 40713093   DATE: (M) T W T F 2/23/04

Diagnosis: _Myalgia + Myositis_

SUBJECTIVE: Patient is: Improving / Same / Worsening     Patient's Pain Level: 0 1 2 3 4 5 6 7 8 9 10

COMMENTS:

## OBJECTIVE:   Refer to FLOW SHEET for details of treatments.

- 97110 - Therapeutic Exercises done individually under direct patient contact ____ Min
- 97112 - Neuromuscular Reeducation done individually under direct patient contact ____ Min
- 97113 - Aquatic Therapy done individually under direct patient contact ____ Min
- *116 - Gait Training performed individually under direct patient contact ____ Min
- 97124 - Massage performed individually under direct patient contact ____ Min
- 97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact ____ Min
- 97150 - Group Therapeutic Procedures under direct supervision. ____ Min
- 97520 - Prosthetic Trng was done individually under direct patient contact ____ Min
- 97530 - Functional Activities done under direct 1:1 patient contact ____ Min
- 97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact ____ Min
- 97542 - Wheelchair mgmt/propulsion training, under direct patient contact ____ Min
- 97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt. ____ Min

**MODALITIES:** 97010 Moist Heat/Cold ____ Min   97012 Mechanical Traction ____ Min.
97014 (MC - G0283) E-Stim-Unattended ____ Min   97018 Paraffin Bath ____ Min
97022 Whirlpool ____ Min   97032 E-stim (1:1 w/Pt) ____ Min   97033 Iontophoresis &
99070 Supplies   97035 Ultrasound ____ Min   97139 Phonophoresis & 99070 Supplies

**____ EVAL:**   Min   Re-Eval ____ Min   FCE ____ Hr   (Refer to Eval for details)

**____ ies:**

**____ ICAL FINDING:**

## ASSESSMENT

- Patient tolerating treatment w/o complaints and/or complications.
- Patient is progressing towards goals.
- Patient with difficulty/problems:
- Changes in goals:
- All goals are met.

## TREATMENT PLAN

- Continue plan as written.
- Increase wts/reps/ex's as patient tolerates.
- Changes in POC:
- Note to MD - Await further orders.
- Discharge patient from program.
- Communication with patient/family/caregiver.

**COMMENTS:**

Medicare Pt. Checked ABN Yes Box: ____ Yes ____ N/A
Medicare Pt signed Flow Sheet for treatment? ____ Yes ____ No
✓ Pt failed to show for scheduled appointment
Pt cancelled appointment secondary to:

Therapist's Signature: _Kelli Wintenbac CPTA_

Supervised by Lisa Spanihel, P.T.

Supervised by Chris Kullmer, P.T.

**Personal Program For:**
Maria Pineda



**Stretch Gastroc sit w/towel**

• Sit as shown, looping towel around ball of foot.
• Gently and steadilily pull on towel, keeping knee straight.

Perform 1 set of 10 Repetitions,
twice a day.

Hold exercise for 10 Seconds.
Rest 10 Seconds between sets.

---

**AROM lumbar rotn supine**

• Lie on back with knees bent, feet flat on floor as shown.
• Keeping knees together, move knees to the left as far as is comfortable.
• Next, move knees to the right as far as comfortable.
• Return to start position.

Special Instructions:
Keep your shoulders flat against the floor.

Perform 2 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.



---



**Stretch Latissimus supine**

• Lie on back, low back flat against floor, arms at side, palms down.
• Move arms out to side until overhead while rotating palms up as shown.
• Hold arms flat on the floor.
• Maintain the low back flat against the floor.
• Hold, return to start position, and repeat.

Perform 1 set of 4 Repetitions,
twice a day.

Hold exercise for 10 Seconds.
Rest 10 Seconds between sets.

PTA    Signature:

**Chart Copy For:** Maria Pineda

1. Exercise: Iso hip gluteal sets

Perform 2 sets of 10 Repetition,
once a day.

Hold exercise for 5 Seconds.
Rest 10 Seconds between sets.


2. Exercise: AROM lumbar flx (crunches)

Perform 2 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.


3. Exercise: Stretch hamstrings supine active

Perform 1 set of 10 Repetitions,
twice a day.

Hold exercise for 10 Seconds.
Rest 10 Seconds between sets.


4. Exercise: Stretch Gastroc sit w/towel

Perform 1 set of 10 Repetitions,
twice a day.

Hold exercise for 10 Seconds.
Rest 10 Seconds between sets.


5. Exercise: AROM lumbar rotn supine

Perform 2 sets of 10 Repetitions,
once a day.

Perform 1 repetition every 4 Seconds.
Rest 1 Minute between sets.


6. Exercise: Stretch Latissimus supine

Perform 1 set of 4 Repetitions,
twice a day.

Hold exercise for 10 Seconds.
Rest 10 Seconds between sets.

Kelli Westerbeck PTA   Signature:

**P.T.**

**PROGRESS NOTE**

**PATIENT:** _Theresa Maria T._

**Diagnosis:**

**SUBJECTIVE:** Patient is/ Improving (Same) / Worsening

**COMMENTS:**

**SSN #** 407139513    **DATE:** M T (W) T F 2/18/04

**OBJECTIVE:**    Refer to FLOW SHEET for details of treatments.

Patient's Pain Level: 0 1 2 3 4 5 6 (7) 8 9 10

- 97110 - Therapeutic Exercises done individually under direct patient contact ___ 30 Min
- 97112 - Neuromuscular Reeducation under direct 1:1 patient contact ___ Min
- 97113 - Aquatic Therapy done individually under direct patient contact ___ Min
- 97116 - Gait Training performed individually under direct patient contact ___ Min
- 97124 - Massage performed individually under direct patient contact ___ Min
- 97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact ___ 5 Min
- 97150 - Group Therapeutic Procedures under direct supervision. ___ Min
- 97520 - Prosthetic Tng was done individually under direct patient contact ___ Min
- 97530 - Functional Activities done under direct 1:1 patient contact ___ Min
- 97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact ___ Min
- 97542 - Wheelchair mgmt/propulsion training, under direct patient contact ___ Min
- 97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt.

**MODALITIES:** (97010) Moist Heat/Cold 2 ___ Min    97012 Mechanical Traction ___ Min.
(97014) MC - G0283) E-stim-Unattended 2 ___ Min    97018 Paraffin Bath ___ Min.
97022 Whirlpool ___ Min    97032  E-stim (1:1 w/Pt) ___ Min    97033 Iontophoresis & ___ Min
99070 Supplies ___ 97035 Ultrasound ___ Min    97139 Phonophoresis & 99070 Supplies

**Supplies:**

**I-EVAL** ___ Min    Re-Eval ___ Min    FCE ___ Min    Hr    (Refer to Eval for details)

**CLINICAL FINDING:**

(L) PS is continially rotated, corrected c̄ a gentle first metta.

**ASSESSMENT**
- Patient tolerating treatment w/o complaints and/or complications.
- Patient is progressing towards goals.
- Patient with difficulty/problems:

**TREATMENT PLAN**
- Changes in goals:
- All goals are met.
- Continue plan as written.
- Increase wts/reps/ex's as patient tolerates.
- Changes in POC:

**COMMENTS:**
- Note to MD - Await further orders.
- Discharge patient from program.
- Communication with patient/family/caregiver.

Medicare Pt. Checked ABN Yes Box: ___ Yes ___ No ✓ N/A
Medicare Pt signed Flow Sheet for treatment? ___ Yes ___ No
- Pt failed to show for scheduled appointment
- Pt cancelled appointment secondary to:

**Therapist's Signature** _Kimberly Hatterbach LPT_
- Supervised by Lisa Spanihel, P.T.
- Supervised by Chris Kullmer, P.T.

**PROGRESS NOTE**

P.T. _____

PATIENT: Linda Marie _____

SSN # 4173 9573    DATE: M (T) W T F 2/17/04

0 1 2 3 4 5 6 (7) 8 9 10

Diagnosis: _____

SUBJECTIVE: Patient is   Improving   (Same)   Worsening

Patient's Pain Level: 0 1 2 3 4 5 6 (7) 8 9 10

COMMENTS: Pt c/o pain C C Lb

**OBJECTIVE:**    Refer to **FLOW SHEET** for details of treatments.

- 97110 - Therapeutic Exercises done individually under direct patient contact _____ ☑ Min
- 97112 - Neuromuscular Reeducation under direct 1:1 patient contact _____ Min
- 97113 - Aquatic Therapy done individually under direct patient contact _____ Min
- 97116 - Gait Training performed individually under direct patient contact _____ Min
- 97124 - Massage performed individually under direct patient contact _____ Min
- 97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact _____ /5 Min
- 97150 - Group Therapeutic Procedures under direct supervision. _____ Min
- 97520 - Prosthetic Tng was done individually under direct patient contact _____ Min
- 97530 - Functional Activities done under direct 1:1 patient contact _____ Min
- 97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact _____ Min
- 97542 - Wheelchair mgmt/propulsion training, under direct patient contact _____ Min
- 97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt.

**MODALITIES:** 97010 Moist (Heat)/Cold 20 Min    97012 Mechanical Traction _____ Min.
97014 (IMC - G0283) E-Stim-Unattended 20 Min    97018 Paraffin Bath _____ Min
97022 Whirlpool _____ Min    97032 E-stim (1:1 w/Pt) _____ Min    97033 Iontophoresis &
99070 Supplies    97035 Ultrasound _____ Min    97139 Phonophoresis & 99070 Supplies

**Supplies:** _____

L-EVAL _____ Min    Re-Eval _____ Min    FCE _____ Hr    (Refer to Eval for details)

**CLINICAL FINDING:**

C Pt is continuing antalgic gentle, pot mob
to correct

**ASSESSMENT**

- ☑ Patient tolerating treatment w/o complaints and/or complications.
- _____ Patient is progressing towards goals.
- _____ Patient with difficulty/problems:

Pt reported relief p MFR

**TREATMENT PLAN**
- ☑ Changes in goals:
- _____ All goals are met.
- ☑ Continue plan as written.
- _____ Increase wts/reps/ex's as patient tolerates.
- _____ Changes in POC:

**COMMENTS:**

- _____ Note to MD - Await further orders.
- _____ Discharge patient from program.
- _____ Communication with patient/family/caregiver.

**COMMENTS:**

Medicare Pt. Checked ABN Yes Box: _____ Yes _____ No ☑ N/A

Medicare Pt signed Flow Sheet for treatment? _____ Yes _____ No

Pt failed to show for scheduled appointment

Pt cancelled appointment secondary to: _____

Therapist's Signature _____

_____ Supervised by Lisa Spanihel, P.T.

☑ Supervised by Chris Kullmer, P.T.

**Physical Therapy**      **Plan Of Care**   **(Initial Evaluation)**      Page 1

| | |
|---|---|
| Patient: **Pineda, Maria J. 9513** | Plan of Care Date: **Thursday, February 12, 2004** |
| MR #: | Provider: **Total Rehab Services (PI)** |
| PT: **Ms. Christina L. Kullmer P.T.** | |

**Onset Date of Medical** 01/12/2004   Myalgia and myositis, unspecified 729.1
**Diagnosis with ICD-9:** 01/12/2004   Lumbago 724.2

**Preferred Practice** Musculoskeletal E: Impaired joint mobility, motor function, muscle performance, ROM associated w/ localized
**Pattern:** inflammation

**Physical Therapy** Lumbago (lumbalgia) 724.2
**Diagnosis:** Backache 724.5

*Myalgia + Myositis 729.1*
*Sprain / Strain - Back 847.9*

### Problems

Bed Mobility: Independent in turning or scooting with difficulty

Supine To/From Sit: Independent - Using abdominal muscles with difficulty

Sit To/From Stand: Independent - Using one hand with difficulty

Tolerance to IADLs: Moderate - Severe pain and limitation during and/or after a specific IADL affecting performance

Tolerance to Work Activities: Moderate - Severe pain and limitation in a specific work activity affecting performance

Tolerance to Recreational Activities: Moderate - Severe pain and limitation in a specific recreational activity affecting performance

Pain#1: Area - Lower Back; At Rest 5/10; With Activity 9/10; Sharp; Radiating

Pain#2: Area- Left upper back, including upper trap.; At Rest 8/10; With Activity 8/10; Dull; Localized

Pain#3: Extremity Pain - Left Lower; At Rest 5/10; With Activity 8/10; Dull; Localized

### Goals

Bed Mobility: Independent in turning or scooting

Supine To/From Sit: Independent - Side lying and pushing up with arms

Sit To/From Stand: Independent - No use of hands

Tolerance to IADLs: No pain nor limitation during and/or after a specific IADL affecting performance

Tolerance to Work Activities: No pain and limitation in a specific work activity affecting performance

Tolerance to Recreational Activities: No pain nor limitation in a specific recreational activity affecting performance

Goals for Pain: Rate pain 0-2/10 in all areas without medications, with normal at home, work, and community activities. In 6 wks.

**Functional Goals; Long Term**
Long Term Goal(s): ABLE TO GO TO SLEEP WITHOUT SIGNIF. PAIN in 4 weeks
NOT AWAKENED BY PAIN DURING THE NIGHT. in 4 weeks

**Functional characteristics and analysis:**   Pt states pain with bed mob., and transfers esp. in the morning. Pt states increased pain with prolonged sitting or standing, stairs, bending, squatting, kneeling, reaching with left arm, and lifting with left arm, cleaning. Pt states pain with driving/sitting in the car which she must do for work. Pt likes to play tennis, but has signif. pain, even with pain med.s since the accident.

### Specific Joints

**(Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)**

| Initial Eval Level | | | | | | Goal | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Shoulder** | Strength | | Active ROM | | Passive ROM | | **Shoulder** | Strength | | Active ROM | | Passive ROM |
| | Right | Left | Right | Left | Right | Left | | Right | Left | Right | Left | Right | Left |
| Flexion | 4+/5 | 4-/5 | WNL | WNL | | | Flexion | 5/5 | 5/5 | | | |
| Extension | | | | | | | Extension | | | | | |
| Abduction | 4+/5 | 4-/5 | WNL | WNL | | | Abduction | 5/5 | 5/5 | | | |
| Adduction | | | | | | | Adduction | | | | | |
| Horizontal Abduction | | | | | | | Horizontal Abduction | | | | | |
| Horizontal Adduction | | | | | | | Horizontal Adduction | | | | | |
| Internal Rotation | 5/5 | 4+/5 | | | | | Internal Rotation | | 5/5 | | | |
| External Rotation | 5/5 | 4+/5 | | | | | External Rotation | | 5/5 | | | |

Shoulder Comments: Elbow strength and AROM are good.

**Physical Therapy**            **Plan Of Care**   **(Initial Evaluation)**            Page 2

| | |
|---|---|
| Patient: **Pineda, Maria J.  9513** | Plan of Care Date: **Thursday, February 12, 2004** |
| MR #:                    DOB: **05/15/1957** | Provider: **Total Rehab Services (PI)** |
| PT: **Ms. Christina L. Kullmer P.T.** | |

## Spine:  Loss of Range and Motion

| | | | |
|---|---|---|---|
| **Flexion:** Minimal | | **Extension:** W N L | |
| **Right Side Gliding:** | | **Left Side Gliding:** | |
| **Right Lateral Flexion:** Major | | **Left Lateral Flexion:** Minimal | |
| **Rotation to the Right:** Minimal | | **Rotation to the Left:** Minimal | |

Additional Comments: Above is trunk AROM in standing.  Pt has signif. pain on the left side with right sidebend and right rotation. GOAL: TRUnk AROM WNL.. Cervical sidebend right and rotation right are moderately limited by pain and tightness in the left upper trap.as well.  GOAL: Cervical AROM WNL.  Left hip flexion and knee extension strength is 4/5.  GOAL: Left hip flexion and knee extensio strength 5/5.

**Assessment:**   Pt presents with signif. pain and limitation as described above.  Pt will benefit from P.T. services to work towards above stated goals and thus improved function.  Pt is motivated to improve her condition.

Additional Possible Interventions: Therapeutic Massage 97124, Manual tech.s- MFR, soft tissue and/or joint mob.s 97140.

## Interventions (CPT Code)

Physical agent - MHP &/or cold pack  97010
Electrotherapeutic modality- Electrical muscle stimulation (unattended)  97014
Cold Laser  97039
Therapeutic exercise  97110
Therapeutic exercise- aquatic exercises  97113
Therapeutic Procedures  97530
Physical agent- deep thermal modality- ultrasound  97035

**Frequency of PT:**  Three times weekly

**Duration of PT:**  4 weeks

| 2/17/4 | | 2/12/04 | |
|---|---|---|---|
| Date | **MD SUNDEEP REDDY** | Date | **Ms. Christina L. Kullmer P.T.** |
| | | | **State Lic #: 1149580** |

Software Reg #: 3090500391

**Physical Therapy**      **Initial Evaluation / Examination**     Page 1

Patient: **Pineda, Maria J. 9513**     Date: **Thursday, February 12, 2004**

MR #:     Provider: **Total Rehab Services (PI)**

PT: **Ms. Christina L. Kullmer P.T.**     Provider #:

## Patient Information

Address: Brownsville, TX 78520     **Birth Date:** 05/15/57

    **Physician:** MD SUNDEEP REDDY

Occupation: Bilingual Liason/Facilitator     Physician Num:

Gender: Female

Contact Person: Noel N. Pena- father     Medicare #:

    Claim #:

## Rehabilitation Information / History

| | | |
|---|---|---|
| **Onset Date of** | 01/12/2004 | Myalgia and myositis, unspecified 729.1 |
| **Medical Diagnosis** | 01/12/2004 | Lumbago 724.2 |
| **with ICD9:** | | |

**Preferred Practice Pattern:** Musculoskeletal E: Impaired joint mobility, motor function, muscle performance, ROM associated w/ localized inflammation

**Physical Therapy Diagnosis:** Lumbago (lumbalgia) 724.2    *Myalgia + myositis 729.1*

Backache 724.5    *Sprain/Strain - Back 847.9*

**Recent Physical Therapy:** None within the last sixty days

**Prior Functional Status:** Independent with no pain or limitation in ambulation, IADL's, work or recreation

**Required Equipment:** None

**Weight Bearing Status:** No restrictions

**Safety Measures:** Adhere to orthopedic precautions/restrictions

**Rehab Prognosis:** Good rehab potential to reach the established goals

**Mental Status:** Alert and oriented in all spheres- cooperative and motivated

**Concerns that led to PT:** Decreased functional ability

**Systems Review, History:** Pt states she was in a MVA on 1/12/04 where her vehilce hit in the front, and she felt her body go forward and to the left. Left side was bruised and is still sore, esp. her upper trap., low back, and left leg areas. Pt had CT scan and MRI w/c were normal. EMG of left leg showed sciatic nerve inflammation. States phys. Feels it is muscle spasms or tightness causing her pain. PMHx- facial surgery for TMJ with 23 titanium screws in her face, dx with neuroblastoma, but then cleared of cancer, left knee surgery 2001, ulcerative colitis. Pt is taking muscle relaxors, Ultracet and Vioxx.

**Patient has a history of behavioral health risks:** NO

**Patient / Caregiver concur with established goals:** YES

**Patient is aware of and understands his/her diagnosis and prognosis:** YES

## Functional Measures

### Bed Mobility

**Current Level:** Independent in turning or scooting with difficulty

**Goal:** Independent in turning or scooting

### Supine To/From Sit

**Current Level:** Independent - Using abdominal muscles with difficulty

**Goal:** Independent - Side lying and pushing up with arms

**Physical Therapy**           **Initial Evaluation / Examination**           Page 2

Patient: **Pineda, Maria J. 9513**                 Date: **Thursday, February 12, 2004**

### Sit To/From Stand

**Current Level:** Independent - Using one hand with difficulty

**Goal:** Independent - No use of hands

### Tolerance to IADLs

**Current Level:** Moderate - Severe pain and limitation during and/or after a specific IADL affecting performance

**Goal:** No pain nor limitation during and/or after a specific IADL affecting performance

### Tolerance to Work Activities

**Current Level:** Moderate - Severe pain and limitation in a specific work activity affecting performance

**Goal:** No pain and limitation in a specific work activity affecting performance

### Tolerance to Recreation Activities

**Current Level:** Moderate - Severe pain and limitation in a specific recreational activity affecting performance

**Goal:** No pain nor limitation in a specific recreational activity affecting performance

**Functional characteristics and analysis:** Pt states pain with bed mob., and transfers esp. in the morning. Pt states increased pain with prolonged sitting or standing, stairs, bending, squating, kneeling, reaching with left arm, and lifting with left arm, cleaning. Pt states pain with driving/sitting in the car which she must do for work. Pt likes to play tennis, but has signif. pain, even with pain med.s since the accident.

**Functional Goals; Long Term:** ABLE TO GO TO SLEEP WITHOUT SIGNIF. PAIN
NOT AWAKENED BY PAIN DURING THE NIGHT.

## Physical Findings

### Pain

**Site #1:** Area - Lower Back; At Rest 5/10; With Activity 9/10; Sharp; Radiating
Exacerbating Factors: Bending & Prolonged Positions
Relieving Factors:     Rest & PAIN MED.S

**Site #2:** Area- Left upper back, including upper trap.; At Rest 8/10; With Activity 8/10; Dull; Localized
Exacerbating Factors: Activity
Relieving Factors:     Rest & PAIN MED.S

**Site #3:** Extremity Pain - Left Lower; At Rest 5/10; With Activity 8/10; Dull; Localized
Exacerbating Factors: Activity & Prolonged Positions
Relieving Factors:     Rest & PAIN MED.S

**Medication:** Prescription

**Comments:** Pt does not take the strong med.s when she is working, but at all other times must take them to make the pain bearable. Pt has moderate tightness and pain with palpation of left upper trap. And upper back area, and bilat. Low back and SI joint areas. Pt tender at left shoulder biceps tendon area, and thoracic paraspinals on the left are tight and tender. Pt states tingling in left buttock, that sometimes goes down into her foot. Pt states she has times when it feels like her left leg is going to give out on her. SLR is neg. bilat.

**Goal:** Rate pain 0-2/10 in all areas without medications, with normal at home, work, and community activities. In 6 wks.

**Sensation:** Tingling in left buttock and sometimes down left leg into her foot.

## Specific Joints
### (Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)

**Physical Therapy**        # Initial Evaluation / Examination        Page 3

---

Patient: **Pineda, Maria J.  9513**                Date: **Thursday, February 12, 2004**

| Initial Eval Level | | | | | | Goal | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Shoulder** | Strength | | Active ROM | | Passive ROM | | **Shoulder** | Strength | | Active ROM | | Passive ROM |
| | Right | Left | Right | Left | Right | Left | | Right | Left | Right | Left | Right | Left |
| **Flexion** | 4+/5 | 4-/5 | WNL | WNL | | | **Flexion** | 5/5 | 5/5 | | | | |
| **Extension** | | | | | | | **Extension** | | | | | | |
| **Abduction** | 4+/5 | 4-/5 | WNL | WNL | | | **Abduction** | 5/5 | 5/5 | | | | |
| **Adduction** | | | | | | | **Adduction** | | | | | | |
| **Horizontal Abduction** | | | | | | | **Horizontal Abduction** | | | | | | |
| **Horizontal Adduction** | | | | | | | **Horizontal Adduction** | | | | | | |
| **Internal Rotation** | 5/5 | 4+/5 | | | | | **Internal Rotation** | | 5/5 | | | | |
| **External Rotation** | 5/5 | 4+/5 | | | | | **External Rotation** | | 5/5 | | | | |

Comments on Shoulder: Elbow strength and AROM are good.

## Spine: Loss of Range and Motion

| | | | |
|---|---|---|---|
| **Flexion:** | Minimal | **Extension:** | W N L |
| **Right Side Gliding:** | | **Left Side Gliding:** | |
| **Right Lateral Flexion:** | Major | **Left Lateral Flexion:** | Minimal |
| **Rotation to the Right:** | Minimal | **Rotation to the Left:** | Minimal |

Additional Comments:  Above is trunk AROM in standing. Pt has signif. pain on the left side with right sidebend and right rotation. GOAL: TRUnk AROM WNL. Cervical sidebend right and rotation right are moderately limited by pain and tightness in the left upper trap.as well. GOAL: Cervical AROM WNL.  Left hip flexion and knee extension strength is 4/5.  GOAL: Left hip flexion and knee extensio strength 5/5.

### Assessment:

Pt presents with signif. pain and limitation as described above.  Pt will benefit from P.T. services to work towards above stated goals and thus improved function.  Pt is motivated to improve her condition.

Additional Possible Interventions: Therapeutic Massage 97124, Manual tech.s- MFR, soft tissue and/or joint mob.s 97140.

## Interventions (CPT Code)

Physical agent - MHP &/or cold pack  97010
Electrotherapeutic modality- Electrical muscle stimulation (unattended)  97014
Cold Laser  97039
Therapeutic exercise  97110
Therapeutic exercise- aquatic exercises  97113
Therapeutic Procedures  97530
Physical agent- deep thermal modality- ultrasound  97035

**Frequency of PT:**  Three times weekly

**Duration of PT:**  4 weeks

2/12/04
**Date**

Ms. Christina L. Kullmer P.T.
State Lic #: 1149580

Software Reg #: 3090500391

---

# PROGRESS NOTE

**PATIENT:** Linda Maria J.

**Diagnosis:**

**SUBJECTIVE:** Patient is: Improving / Worsening / Same / Worsening     **Patient's Pain Level:** 0  1  2  3  4  5  6 (7) 8  9  10

**COMMENTS:**

**SSN #** 4017/39313     **DATE:** M  T  W (T) F  2/12/04

## OBJECTIVE:     Refer to FLOW SHEET for details of treatments.

- 97110 - Therapeutic Exercises done individually under direct patient contact ____ Min
- 97112 - Neuromuscular Reeducation under direct 1:1 patient contact ____ Min
- 97113 - Aquatic Therapy done individually under direct patient contact ____ Min
- 97116 - Gait Training performed individually under direct patient contact ____ Min
- 97124 - Massage performed individually under direct patient contact ____ Min
- 97140 - Myofascial Release/Soft Tissue Mob/Jnt Mob under direct patient contact ____ Min
- 97150 - Group Therapeutic Procedures under direct supervision. / ____ Min
- 97520 - Prosthetic Trg was done individually under direct patient contact ____ Min
- 97530 - Functional Activities done under direct 1:1 patient contact ____ Min
- 97535 - Self Care/Home Mgmt Training under direct 1:1 patient contact. ____ Min
- 97542 - Wheelchair mgmt/propulsion training, under direct patient contact. ____ Min
- 97535 - Application/fabrication of adaptive device for purposes of self care/home mgmt. ____ Min

**MODALITIES:** 97010 Moist Heat/Cold 20 Min  97012 Mechanical Traction ____ Min.
97014 (MC - G0283) E-Stim Unattended 20 Min  97016 Paraffin Bath ____ Min
97022 Whirlpool ____ Min  97032 E-stim (1:1 w/Pt.) _X_ Min  97033 Iontophoresis & ____ Min
99070 Supplies  97035 Ultrasound ____ Min  97139 Phonophoresis & 99070 Supplies

**Supplies:**

**EVAL** _30_ Min  Re-Eval ____ Min  FCE ____ Hr  (Refer to Eval for details)

**CLINICAL FINDING:**

## ASSESSMENT

- X Patient tolerating treatment w/o complaints and/or complications.
- ___ Patient is progressing towards goals.
- ___ Patient with difficulty/problems:

- ___ Changes in goals:
- ___ All goals are met.

## TREATMENT PLAN

- X Continue plan as written.
- ___ Increase wts/reps/ex's as patient tolerates.
- ___ Changes in POC:

- ___ Note to MD - Await further orders.
- ___ Discharge patient from program.
- ___ Communication with patient/family/caregiver.

**COMMENTS:**

Medicare Pt. Checked ABN Yes Box: ___ Yes  ___ No  _X_ N/A
Medicare Pt signed Flow Sheet for treatment? _X_ Yes  ___ No
___ Pt failed to show for scheduled appointment
___ Pt cancelled appointment secondary to: ____

**Therapist's Signature:** _____

___ Supervised by Lisa Spanihel, P.T.
___ Supervised by Chris Kullmer, P.T.

# Medical History Questionnaire

Patient Name **Pineda, Maria J.**   DOI: _____   DOB: **5/15/47**

Treating Doctor: **Reddy** _____   Next Scheduled Dr's Appt: _____



Rate your tolerance. 1 for normal thru 5 for unable to tolerate. Mark your answer on the line.

| | |
|---|---|
| _3_ Sit in a chair | _2_ Bathing |
| _1_ Stand on concrete floor | _1_ Grooming |
| _1_ Walk on hard surface | _2_ Dressing |
| _3_ Climb stairs | _1_ Cooking |
| _3_ Bend over to lift | _3_ Cleaning |
| _3_ Squat down to lift | _N/A_ Lawn work |
| _3_ Kneel down | ____ Sleeping |
| _1_ Reach overhead RT arm | |
| _3_ Reach overhead LT arm | others: |
| _1_ Lift waist to shoulder RT arm | ____ |
| _3_ Lift waist to shoulder LT arm | ____ |
| ____ Walk ½ mile | ____ |

Color in any areas where you are experiencing pain or numbness.

Circle the number that best explains your pain level.

| No Pain | | | | Moderate Pain | | | | Severe Pain | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |

Have you had prior therapy for this injury?   Yes   (No)
If yes, when _____.   For how long - # of days per week _____   # of weeks attended _____

Have you ever had or do you currently have any of the following:   Medications:

| | | | | | | Name | | Dose |
|---|---|---|---|---|---|---|---|---|
| Heart problems | yes | (no) | Have you had a stroke | yes | (no) | ____ | | ____ |
| High blood pressure | yes | (no) | Poor circulation | yes | (no) | ____ | | ____ |
| Diabetes | yes | (no) | Dizziness or Fainting | yes | (no) | ____ | | ____ |
| Pacemaker | yes | (no) | Metal implants | (yes) | no | ____ | | ____ |
| Shortness of breath | yes | (no) | Neurological disease | yes | (no) | ____ | | ____ |

If female, are you pregnant?   Yes   (No)   Allergic to any medications? List: **NO**

Previous surgeries?   (Yes) / No   If yes, when **1984, 1987, 1990, 2001**   What type **C-Sections (2), Maxiofacial, left knee**
Doctor who performed the surgery **Drs. Penghe, Martinez, Layne, Clark**   Hospital **Valley Regional, Brul, S.A. Humana,**
Have you had an:   MRI **✓**   or   X-RAY **✓**   taken for this injury?   **Valley Baptist**

Explain how this injury happened: **Automobile Accident**

Please comment on any other health problems: **Ulcerative Colitis**

**TOTAL REHABILITATION SERVICES INC.**

Patient's Name: _Maria Pineda_

Diagnosis #1: _Myalgia - Lumbar_  #2: _____

#3: _____  #4: _____

**EVALUATE & TREAT:** ___✓___          **CONTINUE THERAPY:** _____

**TREAT DURATION:**   Daily   (3xwk)   Other_____          **FOR:**  1  2  3 (4) 5  6  7  8 /WEEKS

**PROGRAMS:**

[ ] PHYSICAL THERAPY        [ ] HAND THERAPY
[ ] WORK HARDENING         [ ] WORK CONDITIONING
[ ] WOUNDCARE MGT.         [ ] AQUATIC/POOL THERAPY

**THERAPY SERVICES:**

[ ] BALANCE / GAIT TRAINING
[ ] PROSTHETIC TRAINING
[ ] MODALITIES / PROCEDURES OF CHOICE

**TEST PERFORMED:**          **SPECIAL INSTRUCTIONS / PRECAUTIONS:** _____

[ ] FCE
[ ] IMPAIRMENT RATING        _____

Physician's Signature: _____        Date: _7-9-c4_

1925 Central Blvd • Brownsville, TX 78520 • Tel (956) 542-3945 • Fax 956/548-9013

VALLEY DAY AND NIGHT CLINIC
3302 BOCA CHICA BLVD STE 109
BROWNSVILLE, TEXAS 78521
PHONE (956)982-1001   FAX (956)982-1938

LOCATION:     VALLEY DAY AND NIGHT CLIN   PT-0001          PAGE:   1

MARIA J PINEDA
2805 OLD SPANISH TRL               BILLING DATE: 01/27/04
BROWNSVILLE TX 78520

AMOUNT DUE :   102.00-

BILL TO:  PINEDA        MARIA        CHART #: 0401169B

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | MARIA | | | |
| | | | C LYNN ANDERSON JR | | | |
| 01/12/04 | 99202 | | OFFICE/OUTPATIENT VISIT, NEW, L | 87.00 | | 87.00 |
| | DX: | | 724.5 | | | |
| 01/12/04 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 87.00 |
| | DX: | | 723.1 | | | |
| 01/12/04 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 87.00 |
| | DX: | | 786.50 | | | |
| 01/12/04 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 87.00 |
| | DX: | | 719.41 | | | |
| 01/12/04 | 71010 | | X-RAY, CHEST, SINGLE VIEW, FRON | 58.00 | | 145.00 |
| | DX: | | 786.50 | | | |
| 01/12/04 | 73020 | -LT | X-RAY EXAM, SHOULDER, ONE VIEW | 68.00 | | 213.00 |
| | DX: | | 719.41 | | | |
| 01/12/04 | 72040 | | X-RAY EXAM, CERVICAL SPINE, 2-3 | 92.00 | | 305.00 |
| | DX: | | 723.1 | | | |
| 01/12/04 | | | CASH PAYMENT, THANK YOU | | 407.00- | 102.00- |
| | | | MARIA | | | |
| | | | C LYNN ANDERSON JR | | | |
| 01/14/04 | 99213 | | OFFICE/OUTPATIENT VISIT, EST, I | 74.00 | | 28.00- |
| | DX: | | 724.2 | | | |
| 01/14/04 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 28.00- |
| | DX: | | 719.41 | | | |
| 01/15/04 | | | MUTUAL OF OMAHA # 361251 Filed | | | |

| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL | INS PENDING | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|-------------|-----------|
| 28.00- | 0.00 | 0.00 | 0.00 | 28.00- | 74.00 | 102.00- |

PINEDA , MARIA J
LOCATION :   VALLEY DAY AND N

PHONE : 956 982 1001              REFERRING DOCTOP :   ANDERSON

VALLEY DAY AND NIGHT CLINIC
3302 BOCA CHICA BLVD STE 109
BROWNSVILLE, TEXAS 78521
PHONE (956)982-1001  FAX (956)982-1938


LOCATION:                    PT-0001      PAGE:   1


MARIA J PINEDA
2805 OLD SPANISH TRL             BILLING DATE: 01/12/04
BROWNSVILLE TX 78520

AMOUNT DUE :    407.00-


BILL TO:  PINEDA       MARIA      CHART #: 0401169B


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 01/12/04 | | | CASH PAYMENT, THANK YOU | | 407.00- | 407.00- |


| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL | INS PENDING | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|-------------|-----------|
| 407.00- | 0.00 | 0.00 | 0.00 | 407.00- | 0.00 | 407.00- |


PINEDA , MARIA J
)CATION :

IONE : 956 982 1001        REFERRING DOCTOR :  ANDERSON

315511-02-93

Valley Regional
Medical Center

P.O. BOX 3755
BROWNSVILLE, T. 78

PINEDA, MARIA   SS# 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
M## VR091502              F 46
ACCT#VR100137865
05/15/57 Reddy, Sandeep Gajjala M
VALLEY REGIONAL MED CTR.

Receipt 629856

THANK YOU

Pineda, Maria

| PATIENT NAME/TYPE OF NON-PATIENT RECEIPT | B RECD CODE | PATIENT NUMBER | S C D TRANSACTION DATE | PLAN CODE | TRANSACTION CODE | S C D | PATIENT | NON-PATIENT |
|---|---|---|---|---|---|---|---|---|
| | 8 | 100137865 | 2-15-04 | RD | Cash | | 150.00 | |

Cashier Signature

---

315511-02-93

PINEDA, MARIA   SS# 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
M##VR091502              F 46
ACCT#VR100137865
05/15/57 Reddy, Sandeep Gajjala M
VALLEY REGIONAL MED CTR.

Receipt 629743

THANK YOU

Pineda, Maria

| PATIENT NAME/TYPE OF NON-PATIENT RECEIPT | B RECD CODE | PATIENT NUMBER | S C D TRANSACTION DATE | PLAN CODE | TRANSACTION CODE | S C D | PATIENT | NON-PATIENT |
|---|---|---|---|---|---|---|---|---|
| | 8 | 100137865 | 2-3-04 | RD | Cash | | 100.00 | |

Cashier Signature

```
05/27/04                    PATIENT FINANCIAL HISTORY BY DT SERVICE                    Page  1
                                  BROWNSVILLE CARE CENTER
                              Accounts 19277 - 19277   All Dates

Acct  Date    Dep # Name              Dr# Procedure              Ref Dt   Diag    Units      Amount
===================================================================================================
19277  Pineda,Maria                                  Previous Balance :                      0.00
       01/22/04  0   Pineda,Maria         1  99254   SURGICAL CONSULTATIO       578.1   1.00     342.00
       01/21/04  0   Pineda,Maria         1  45380   Colonoscopy with bio       555.1   1.00    1115.00
       01/22/04  0   Pineda,Maria         1  43235   Gastroscopy,diagnost       578.1   1.00     842.00
       01/29/04      Check Payment    300692         Patient            01/29/04              -30.00
       01/29/04  0   Pineda,Maria         1  99213   FOLLOW-UP 15'              556.9   1.00      88.00
                                                                                     --------  ----------
       TOTALS FOR ACCOUNT 19277   PAYMENTS :    30.00  ADJUSTS :    0.00  CHARGES :  2387.00   4.00     2357.00
                                   REFUNDS:      0.00
                                           ---------------    -----------   -----------    ------------
                                              30.00               0.00        2387.00           2357.00
```

PINEDA MARIA

P.O. BOX 678864
DALLAS TX 75267-8864

PINEDA MARIA
1313 E HARRISON APT
BROWNSVILLE TX 78521

004265900 03/26/04 DISCHARGE

F 45 03/19/04 03/22/04 3 80 1

| Code | Description | Qty | Amount | Amount |
|---|---|---|---|---|
| 0130 | SEMI-PVT 1364A | 1 | 590.00 | 590.00 |
| 0120 | SEMI-PVT 1364A | 1 | 590.00 | 590.00 |
| 0321 | COMPLETE XRAY | 1 | 390.00 | 390.00 |
| 013000051 | COMPLETE XRAY | 1 | 705.00 | 705.00 |
| 031900063 | BASIC METABOLIC | 1 | 481.00 | 481.00 |
| 032100044 | BASIC METABOLIC | 1 | 481.00 | 481.00 |
| 031800001 | URINALYSIS COMP | 1 | 171.00 | 171.00 |
| 031900150 | ANTI-ABB | 1 | 266.00 | 266.00 |
| 032100150 | ANTI-ABB | 1 | 266.00 | 266.00 |
| 031800244 | BILIRUBIN, DIRC | 1 | 281.00 | 281.00 |
| 031900703 | BSMLY GONAD CHOR | 1 | 240.00 | 240.00 |
| 031800690 | LIPASE | 1 | 92.00 | 92.00 |
| 031900690 | LIPASE | 1 | 92.00 | 92.00 |
| 031803735 | MAGNESIUM | 1 | 271.00 | 271.00 |
| 031803735 | MAGNESIUM | 1 | 271.00 | 271.00 |
| 031804100 | PHOSPHORUS | 1 | 217.00 | 217.00 |
| 032204100 | PHOSPHORUS | 1 | 217.00 | 217.00 |
| 031805014 | HEMATOCRIT, AU | 2 | 182.00 | 182.00 |
| 032802014 | HEMOGLOBIN, BL | 1 | 143.00 | 143.00 |
| 031805025 | CBC/PLT/ AUTO DI | 1 | 212.00 | 212.00 |
| 031805025 | CBC/PLT/ AUTO DI | 1 | 212.00 | 212.00 |
| 032105025 | CBC/PLT/ AUTO DI | 1 | 212.00 | 212.00 |
| 031808301 | PROTHROMBIN TIME | 1 | 178.00 | 178.00 |
| 031905651 | RED RATE, MANUAL | 2 | 187.00 | 187.00 |
| 031905651 | RED RATE, MANUAL | 2 | 187.00 | 187.00 |
| 032105730 | PTT | 1 | 281.00 | 281.00 |
| 031904431 | RA FACTOR QUAL | 1 | 177.00 | 177.00 |
| 030017 | LAB SPEC HNDLG | 6 | 50.00 | 50.00 |
| 031905610 | LVL IV SURG PT | 4 | 744.00 | 744.00 |
| 031903005 | EKG | 2 | 377.00 | 377.00 |
| 039001010 | CHEST,SINGLE V | 1 | 367.00 | 367.00 |
| 031901111 | RIB RIB W/PA C | 1 | 762.00 | 762.00 |

PINEDA MARIA

P.O. BOX 678864
DALLAS TX 75267-8864

PINEDA MARIA
1313 E HARRISON APT
BROWNSVILLE TX 78521

004265900 03/26/04 DISCHARGE

F 45 03/19/04 03/22/04 3 80 1

| Code | Description | Qty | Amount | Amount |
|---|---|---|---|---|
| 0130 | SEMI-PVT 1364 | 1 | 590.00 | 590.00 |
| 0120 | SEMI-PVT 1364 | 1 | 590.00 | 590.00 |
| 0321 | COMPLETE XRAY | 1 | 390.00 | 390.00 |
| 013000051 | COMPLETE METAB | 1 | 705.00 | 705.00 |
| 031900063 | BASIC METABOLIC | 1 | 481.00 | 481.00 |
| 032100044 | BASIC METABOLIC | 1 | 481.00 | 481.00 |
| 031801001 | URINALYSIS COM | 1 | 171.00 | 171.00 |
| 031900150 | ANTI-ABB | 1 | 266.00 | 266.00 |
| 032100150 | ANTI-ABB | 1 | 266.00 | 266.00 |
| 031800244 | BILIRUBIN, DIR | 1 | 281.00 | 281.00 |
| 031800703 | BSMLY GONAD CH | 1 | 240.00 | 240.00 |
| 031800690 | LIPASE | 1 | 92.00 | 92.00 |
| 031900690 | LIPASE | 1 | 92.00 | 92.00 |
| 031803735 | MAGNESIUM | 1 | 271.00 | 271.00 |
| 031803735 | MAGNESIUM | 1 | 271.00 | 271.00 |
| 031804100 | PHOSPHORUS | 1 | 217.00 | 217.00 |
| 032204100 | PHOSPHORUS | 1 | 217.00 | 217.00 |
| 031805014 | HEMATOCRIT, AU | 2 | 182.00 | 182.00 |
| 032802014 | HEMOGLOBIN, BL | 1 | 143.00 | 143.00 |
| 031805025 | CBC/PLT/ AUTO | 1 | 212.00 | 212.00 |
| 031805025 | CBC/PLT/ AUTO | 1 | 212.00 | 212.00 |
| 032105025 | CBC/PLT/ AUTO | 1 | 212.00 | 212.00 |
| 031808301 | PROTHROMBIN TI | 1 | 178.00 | 178.00 |
| 031905651 | RED RATE, MANUAL | 2 | 187.00 | 187.00 |
| 031905651 | RED RATE, MANUAL | 2 | 187.00 | 187.00 |
| 032105730 | PTT | 1 | 281.00 | 281.00 |
| 031904431 | RA FACTOR QUAL | 1 | 177.00 | 177.00 |
| 030017 | LAB SPEC HNDLG | 6 | 50.00 | 50.00 |
| 031905610 | LVL IV SURG PT | 4 | 744.00 | 744.00 |
| 031903005 | EKG | 2 | 377.00 | 377.00 |
| 039001010 | CHEST,SINGLE V | 1 | 367.00 | 367.00 |
| 031971111 | RIB RIB W/PA C | 1 | 762.00 | 762.00 |

PIEDRA MARIA
1313 E HARRISON APT
BROWNSVILLE TX 78521

P.O. BOX 678664
DALLAS TX 75267-8664

BROWNSVILLE MEDICAL CENTER
P.O. BOX 678664
DALLAS TX 75267-8664

008469900   DISCHARGE
03/26/04

```
P.O. BOX 676664
DALLAS TX 75267-6664

                                   001249900    DISCHARGE

PINEDA MARIA                       01/26/04
1313 E HARRISON APT
BROWNSVILLE TX 78521


                    BROWNSVILLE MEDICAL CENTER
                    P.O. BOX 676664
                    DALLAS TX 75267-6664


PINEDA MARIA        7   45   01/19/04  01/22/04  3   80   3
```

| | | | | | |
|---|---|---|---|---|---|
| 01200211 041311U K3790 | DISPLC.48X20 1L | 1 | 259.00 | 259.00 | 0131K77U0 |
| 0130313 5X1263I K3790 | NDC. .9 50ML | 1 | 165.00 | 165.00 | 0131K77U0 |
| 0130313 5413670 K3790 | MAG. .9 1L | 2 | 390.00 | 390.00 | 0131K77U0 |
| 0130211 5413670 K3790 | MAG. .9 1L | 2 | 390.00 | 390.00 | 0131K77U0 |
| 0130312 5413670 K3790 | MAG. .9 1L | 2 | 390.00 | 390.00 | 0131K77U0 |

```
(Remainder of billing line items rotated and largely illegible;
 duplicate column of the same data appears to the right.)
```

```
P.O. BOX 676664
DALLAS TX 75267-6664

                                   002249900    DISCHARGE

PINEDA MARIA                       02/26/04
1313 E HARRISON APT
BROWNSVILLE TX 78521


PINEDA MARIA        7   45   01/19/04  01/22/04  3   80   3
```



P.O. BOX 676866
DALLAS TX 75267-6866

02/26/04

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676866
DALLAS TX 75267-6866

PINEDA, MARIA                                DISCHARGE

PINEDA MARIA          F   46   01/19/04   01/22/04   3   80   8

DR09
182

| | |
|---|---|
| RADIOLOGY SUPPLIES | 145.00 |
| EMERG/DETAIL COOR | 196.80 |
| PHARMACY | 80.00 |
| EKG PRIVATE ROOM | 2,700.00 |
| PHARMACY | 817.00 |
| ENDOSCOPY | 2,780.00 |
| RADIOLOGY | 3,464.00 |
| PHARMACY-INJECTIONS | 489.00 |
| LABORATORY | 7,828.00 |
| PATHOLOGY | 764.00 |
| STERILE SUPPLIES | 637.00 |
| MED | 177.00 |
| CENTRAL SUPPLY | 2,441.00 |
| EMERGENCY ROOM | 369.00 |
| CT SCAN | 5,736.00 |
| IV THERAPY | 2,121.00 |
| RADIOLOGY CONTRAST | 594.00 |

32,674.00

```
1     Rx#:6867589
      Tx#:1580283                    33.91
********** Sale Subtotal***  33.91
      33.91
 *** CASH                           34.00
      Change :   0.09 $
========================================
 ITEMS PURCHASED: 1
========================================
```

### H-E-B PHARMACY

### Fill your prescription while you shop!

### Use our convenient drive-thru.

### visit www.heb.com

```
HEB Food-Drugs #/446
2155 Paredes Line Road
Brownsville, TX  78526
Phone:         (956) 574-9701
Pharmacy:      (956) 574-9707
Fax:           (956) 574-9725
Store Hours:   6 a.m. to Midnight

Your Cashier:ELVIA T.
   581161 01-14-04  2:06P 335/40/0446
```



```
1      Rx#:6869354
       Tx#:1583562                     10.00
*********** Sale Subtotal***  10.00
          10.00
 *** CASH                          20.00
        Change :  10.00  $
=======================================
   ITEMS PURCHASED: 1
=======================================

HEB Food-Drugs #/446
2155 Paredes Line Road
Brownsville, TX  78526
Phone:         (956) 574-9701
Pharmacy:      (956) 574-9707
Fax:           (956) 574-9725
Store Hours:   6 a.m. to Midnight

 Your Cashier:REY A.
    640571 01-23-04 12:30P 311/43/0446
```

**PINE**    0446  2155 Paredes Line Road  Brownsville, TX 78521    (956) 574-9707    

MARIA PINEDA  ((956)547-9884) (05/15/57)

2805 OLD SPANISH TRAIL  BROWNSVILLE, TX 78526
Rx# 6867138 C LYNN ANDERSON              DAW:0 Tx# 1579512
TIZANIDINE 4MG TABS  Qty:20.000          NDC#00185-4400-51
New 0-Refill(s)                          Last:01/12/04

(INSURANCE PAYS 6.69)          Copay 10.00
Thank you, ROBERT J. DOUD RPh.

4  44415  79512  8

Patient:    **MARIA PINEDA**
Doctor:     C LYNN ANDERSON
Drug Name:  TIZANIDINE 4MG TABS
Directions: TAKE 1 TABLET(S) BY
            MOUTH  AT BEDTIME

---

**PINE**    0446  2155 Paredes Line Road  Brownsville, TX 78521    (956) 574-9707

MARIA PINEDA  ((956)547-9884) (05/15/57)

2805 OLD SPANISH TRAIL  BROWNSVILLE, TX 78526
Rx# 6867138 C LYNN ANDERSON              DAW:0 Tx# 1579512
TIZANIDINE 4MG TABS  Qty:20.000          NDC#00185-4400-51
New 0-Refill(s)                          Last:01/12/04

(INSURANCE PAYS 6.69)          Copay 10.00
CALL REFILLS 24 HOURS AHEAD

4  44415  79512  8

Rx:    6867138
Date:  01/12/04
NDC#:  00185-4400-51

Any Questions concerning your medications?
Call your H-E-B Pharmacist
(956) 574-9707

**COMMON NAME:** TIZANIDINE (tye-ZAN-i-deen)

**COMMON USES:** This medicine is a skeletal muscle relaxant used to treat muscle spasms associated with multiple sclerosis or spinal cord injuries. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking rofecoxib. Inform your doctor and pharmacist of any other medical conditions, allergies, pregnancy, or breast-feeding.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. Food can change the way your body absorbs and uses this medicine. Be sure to discuss this with your doctor to determine the best way to take your dose, especially when changes to your dose are being considered, or if you are being prescribed a different dose form of tizanidine (e.g., tablet or capsule). STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do NOT take 2 doses at once.

**CAUTIONS:** DO NOT STOP TAKING THIS MEDICINE without first checking with your doctor. Some conditions may become worse when this medicine is suddenly stopped. Your dose may need to be gradually decreased to avoid side effects. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE DROWSINESS. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines cause drowsiness. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include drowsiness, dry mouth, flushing, or dizziness. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience increased muscle weakness; trouble urinating or lack of bladder control; or change in emotions, mood, or behavior. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include severe drowsiness, fainting, trouble breathing, and loss of consciousness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 2003.1.012 Copyright 2003 Wolters Kluwer Health, Inc. All rights reserved.

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

**TOTAL REHAB SERVICES, INC.**
1327 E WASHINGTON AVE PMB 132
HARLINGEN, TX 78550
(956)542-2845

| Statement Date |
|:---:|
| 3/27/2004 |

| Page |
|:---:|
| 1 |

MARIA J. PINEDA
2805 OLD SPAINSH TRAIL
BROWNSVILLE, TX 78520



| Chart Number |
|:---:|
| 00000030 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| Date of Last Payment: | | Amount:          0.00 | Previous Balance: | 0.00 |
| Patient: MARIA J. PINEDA | | Chart #: 00000030 | Case Description: PI- BACKACHE | |
| 2/12/2004 | 0402250000 | PHYSICAL THERAPY EVAL | 1704 | 108.00 |
| 2/12/2004 | 0402250000 | ELECTRICAL STIM.-Unattended 1unit only | 1704 | 19.50 |
| 2/12/2004 | 0402250000 | HOT / COLD PACKS | 1704 | 17.00 |
| 2/17/2004 | 0402250000 | THERAPEUTIC PROC. 15MIN | 1704 | 51.00 |
| 2/17/2004 | 0402250000 | MANUAL TRACTION 1 ON 1 15MIN. | 1704 | 65.00 |
| 2/17/2004 | 0402250000 | ELECTRICAL STIM.-Unattended 1unit only | 1704 | 19.50 |
| 2/17/2004 | 0402250000 | HOT / COLD PACKS | 1704 | 17.00 |
| 2/18/2004 | 0402250000 | THERAPEUTIC PROC. 15MIN | 1704 | 51.00 |
| 2/18/2004 | 0402250000 | ELECTRICAL STIM.-Unattended 1unit only | 1704 | 19.50 |
| 2/18/2004 | 0402250000 | HOT / COLD PACKS | 1704 | 17.00 |

| Total Charges | Total Payments | Total Adjustments | Balance Due |
|:---:|:---:|:---:|:---:|
| $384.50 | $0.00 | $0.00 | 384.50 |