United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA and | * | |
| BARRY R. BENTON | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-04-033 |
| | * | |
| WANDA L. BINEGAR | * | |

## UNOPPOSED MOTION TO REMAND TO STATE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, MARIA JOSEFINA PINEDA and BARRY R. BENTON, Plaintiffs in the above-entitled and numbered cause, and move this court to remand this case to state court and in support thereof would respectfully show as follows:

1.

This motion is being brought pursuant to 28 U.S.C. 1332(a) in that this court lacks subject matter jurisdiction over this action. Said statute requires that the amount in controversy exceed $75,000, exclusive of interest and costs. Attached hereto as Exhibit "A" and incorporated herein for all purpose is the Parties' Stipulation as to Damages Being Sought to Remain at or Under $75,000, Exclusive of Interest and Costs, wherein Plaintiffs have declared and stipulate that the amount in controversy, or amount sought to be recovered in this cause, exclusive of interest

and costs, does not exceed the sum of $75,000.

2.

WHEREFORE, Plaintiffs pray that this Honorable Court order this case remanded to the state court from whence it came, namely, County Court at Law Number 1 of Cameron County, Texas.

Respectfully submitted,

*/s/ Barry R. Benton*
Barry R. Benton
284 Ebony Avenue
Brownsville, TX 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY-IN-CHARGE FOR
PLAINTIFF, MARIA JOSEFINA
PINEDA

## CERTIFICATE OF CONFERENCE

Attorney in charge for the Plaintiff has conferred with the attorney in charge for Defendant in regard to his opposition vel non to this motion and he has indicated that he is unopposed.

_____
BARRY R. BENTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 31st day of March, 2004, a true and correct copy of the foregoing Motion To Remand To State Court has been forwarded to defense counsel of record, to wit:

Mr. Patrick Rodriguez                    *Via Regular Mail*
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 East Van Buren
PO Box 2155
Brownsville, Texas 78522

_____
BARRY R. BENTON