United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA JOSEFINA PINEDA AND BARRY R. BENTON | * * |
| VS. | * CIVIL ACTION NO. B-04-033 * * |
| WANDA L. BINEGAR | * |

### PARTIES' STIPULATION AS TO DAMAGES BEING SOUGHT TO REMAIN AT OR UNDER $75,000.00, EXCLUSIVE OF INTEREST AND COSTS

COME NOW, Plaintiff and Defendant, the parties to this case, by and through their attorneys herein, and make and file this Stipulation as to Damages Being Sought to Remain at or Under $75,000.00, exclusive of Interest and Costs and for such would show as follows:

1.

Plaintiffs hereby stipulate that they do not and will not ever seek damages of more than $75,000.00 in the above-referenced action, exclusive of interest and costs, including all economic damages, mental anguish damages, punitive or statutory damages under any theory (including any allegation of a DTPA violation "knowingly" or "intentionally" made), attorney's fees, and/or any other type of damages under any theory whatsoever. Plaintiffs further stipulate that they will not seek such damages in excess of $75,000.00 under any theory at any time in this case

and will not argue for a Judgment in excess of said $75,000.00 based upon any jury verdict herein.

2.

It is expressly understood, agreed and stipulated by the parties to this case that for so long as Plaintiffs honor the terms of this stipulation and for so long only, Defendant will not oppose remand of this case from federal court to state court. It is further expressly understood, agreed and stipulated by the parties that in the event Plaintiffs at any time attempt to claim and/or testify to damages in any way in excess of the $75,000.00 amount stipulated to herein, Defendant has reserved the right to pursue all available remedies to them in this case, including but not limited to choosing either to seek to strike any such additional damages claims and prohibit any testimony as to same in the state court proceeding and/or to again remove the case to federal court on the basis of the failure of Plaintiffs to honor the limitation on damages stipulated herein.

3.

It is the express intention of the parties to this Stipulation that this Stipulation be considered to comply with all requirements of a stipulation and agreement in federal court as well as a binding agreement under Tex.R.Civ.P. 11 in State court, and both parties agree and stipulate that any signed copy of this Stipulation may be

filed in either forum as evidence of same. It is further expressly understood, agreed and stipulated that the counsel signing below have full authority to agree to the binding terms of this Stipulation.

Respectfully submitted and Agreed,

LAW OFFICES OF BARRY R. BENTON

By: *[signature]*
Barry R. Benton
Attorney-in-Charge
State Bar No. 02176500
Federal Bar No. 3968
284 Ebony Avenue
Brownsville, TX 78520
956-546-9900
956-546-9997
Attorney for Plaintiff

RODRIGUEZ, COLVIN , CHANEY & SAENZ, LLP

By: *R. Patrick Rodriguez by Barry Benton w/ permission*
Mitchell C. Chaney
Attorney-in-Charge
State Bar No.04107500
Federal ID No.1918
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions 22949
1201 E. Van Buren
Brownsville, Texas 78520
956-542-7441
956-541-2170
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March, 2004 a true and correct copy of the above foregoing Stipulation was forwarded to counsel of record, to wit:

Mr. Patrick Rodriguez           *Via Regular Mail*
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 E. Van Buren
PO Box 2155
Brownsville, Texas 78520

_____
BARRY R. BENTON