IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court

APR 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARIA JOSEFINA PINEDA and | * | |
| BARRY R. BENTON | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-04-033 |
| | * | |
| WANDA L. BINEGAR | * | |

## ORDER TO REMAND TO STATE COURT

ON THIS DAY came on for consideration in the above-entitled and numbered cause Plaintiffs' Motion to Remand to state court and, after considering the evidence and argument of counsel, it is the opinion and order of the court that said motion should granted.

IT IS THEREFORE ORDERED that this cause is remanded to the County Court at Law Number 1 of Cameron County, Texas from whence it came. The clerk shall do all things necessary to effectuate this remand.

Done at Brownsville, Texas this 21st day of April, 2004.

_____
JUDGE PRESIDING

Copies to:

Mr. Barry R. Benton, 284 Ebony Ave., Brownsville, Texas, 78520, Facsimile (956) 546-9997
Mr. Patrick Rodriguez, Rodriguez, Colvin, Chaney & Saenz, 1201 E. Van Buren, PO Box 2155, Brownsville, Texas 78522, Facsimile (956) 541-2170