

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

United States District Court
Southern District of Texas
FILED

JUN 3 0 2005

Michael N. Milby
Clerk of Court

June 28, 2005

Clerk, United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

Re:   *Gerardo Munoz Gonzalez v. Doug Dretke,* No. B-04-033

Dear Clerk:

Enclosed please find copies of the state court records for the above-named petitioner.

Please indicate the date of receipt on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Sincerely,

*Susan San Miguel*
SUSAN SAN MIGUEL
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

SFS3/gb
Enclosure
cc:   File