Scanned March 23, 2005

# BILL OF COSTS

Cause Number: 1992-CR-360-D

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE 103RD JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| **GERARDO MUNOZ GONZALEZ** | § | CAMERON COUNTY, TEXAS |

| | |
|---|---|
| Clerk's Record | $40.00 |
| Preparation Fee ($15.00 per Volume) | 15.00 |
| Postage and Handling | |
| Amount Due | 10.00 |
| | $65.00 |

37

Scanned March 23, 2005

# CERTIFIED BILL OF COSTS

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing is a true and correct account of the costs accrued in the following entitled and numbered cause:

Cause Number: 1992-CR-360-D

| THE STATE OF TEXAS | § | IN THE 103RD JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| GERARDO MUNOZ GONZALEZ | § | CAMERON COUNTY, TEXAS |

Given under my hand and seal of office in the 27TH day of JANUARY, 2005.



Aurora De La Garza
District Clerk

By _____
LAURA G. CISNEROS, Deputy

38

Scanned March 23, 2005

# CLERK'S CERTIFICATE

THE STATE OF TEXAS § 
§
COUNTY OF CAMERON §

I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing transcript contains true and correct original copies of all proceedings as to the Writ of Habeas Corpus in:

Cause Number: 1992-CR-360-D

Writ I

THE STATE OF TEXAS

VS

**GERARDO MUNOZ GONZALEZ**

As they appear on file and of record in this office.

Given under my hand and seal of said Court of Cameron County, Texas, on Thursday, January 27, 2005.



Aurora De La Garza
District Clerk
Cameron County

Laura G. Cisneros
Deputy Clerk

39